UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re    <u>Rick Alan Davidson</u>                  Case No.   <u>19-11486</u>
        **Debtor**                             Reporting Period:   <u>5-31-19</u>

                                         Social Security #   <u>5900</u>
                                                          (last 4 digits only)

## MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|:---:|:---:|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | ✓ | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | ✓ | |
| Balance Sheet | MOR-3 (INDV) | ✓ | |
| Copies of tax returns filed during reporting period | | ✓ | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | ✓ | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | ✓ | |
| Debtor Questionnaire | MOR-6 (INDV) | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

<u>Signature of Debtor</u>       /s/ Rick Alan Davidson                      Date   <u>6/17/19</u>

<u>Signature of Joint Debtor</u>                                      Date

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $          0.00 | $          0.00 |
| **RECEIPTS** | 149,125.81 | 149,125.81 |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 8,537.18 | 8,537.18 |
| **Total Receipts** | 157,662.99 | 157,662.99 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | 753.60 | 753.60 |
| Insurance | | |
| Auto Expense | 457.69 | 457.69 |
| Lease Payments | 927.57 | 927.57 |
| IRA Contributions | | |
| Repairs and Maintenance | 4,290.84 | 4,290.84 |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 1,754.08 | 1,754.08 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 1,284.93 | 1,284.93 |
| Gifts | | |
| Other (attach schedule) | 71,164.87 | 71,164.87 |
| **Total Ordinary Disbursements** | $     80,633.58 | $     80,633.58 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | $     80,633.58 | $     80,633.58 |
| | | |
| **Net Cash Flow (Total Receipts – total Disbursements)** | $     77,029.41 | $     77,029.41 |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $     77,029.41 | $     77,029.41 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Medical Reimbursement | $ 519.90 | $ 519.90 |
| Transfer | 8,017.28 | 8,017.28 |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Bank Fees | 7.00 | 7.00 |
| Household | 852.26 | 852.26 |
| Transfer to Account No. 8406 | 67,106.61 | 67,106.61 |
| Business Subscriptions | 3,199.00 | 3,199.00 |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 80,633.58 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 67,106.61 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 13,526.97 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $ 0.00 | $ 0.00 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 67,106.61 | 67,106.61 |
| **Total Receipts** | 67,106.61 | 67,106.61 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** (Ordinary + Reorganization) | $ 0.00 | $ 0.00 |
| **Net Cash Flow** (Total Receipts – total Disbursements) | $ 67,106.61 | $ 67,106.61 |
| **Cash - End of Month** (Must equal reconciled bank statement) | $ 67,106.61 | $ 67,106.61 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from Account No. 8022 | $  67,106.61 | $  67,106.61 |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $  0.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $  0.00 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $    7,049.43 | 7,049.43 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | .58 | .58 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | | |
| **Total Receipts** | .58 | .58 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1,524.00 | 1,524.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | $    1,524.00 | $    1,524.00 |
| | | |
| **Net Cash Flow (Total Receipts – total Disbursements)** | $    5,526.01 | $    5,526.01 |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $    5,526.01 | $    5,526.01 |

In re  Rick Alan Davidson                                    Case No.  19-11486
       Debtor                                          Reporting Period:  5-31-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | $  0.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $  0.00 |

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

| | Operating #8022 | Payroll # | Tax #8406 | Other #1660 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ 77,029.41 | | $ 67,106.61 | $ 5,526.01 |
| BANK BALANCE | $ 77,029.41 | | $ 67,106.61 | $ 5,526.01 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - | | - | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | - | | - | |
| OTHER (ATTACH EXPLANATION) | - | | - | |
| ADJUSTED BANK BALANCE * | $ 77,029.41 | | $ 67,106.61 | $ 5,526.01 |

* "Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| ... | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

_____
_____
_____
_____

| Date | Check | Description | Amount | | Balance |
|------|-------|-------------|--------|---|---------|
| 05/31/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00000101 AMAZON.COM*MN7M SEATTLE WA XXXXXXXXXXXX8177 | 28.00 | | 77,029.41 |
| 05/31/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00000101 AMAZON.COM*MN2F SEATTLE WA XXXXXXXXXXXX8177 | 27.55 | | 77,057.41 |
| 05/31/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00000101 AMAZON.COM*M67B SEATTLE WA XXXXXXXXXXXX8177 | 28.00 | | 77,084.96 |
| 05/31/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 07693440 NNT ALADDIN CIG MIAMI BEA FL XXXXXXXXXXXX8177 | 16.05 | | 77,112.96 |
| 05/31/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 83.66 | | 77,129.01 |
| 05/30/2019 | 1006 | CHECK | 7,367.96 | | 77,212.67 |
| 05/30/2019 | | ACH WITHDRAWAL LIPA SELFPAYIVR 190530 | 348.35 | | 84,580.63 |
| 05/29/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 2.99 | | 84,928.98 |
| 05/29/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 | 4.99 | | 84,931.97 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | APL*ITUNES.COM/ 866-712-7 CA<br>XXXXXXXXXXXX8177 | | | |
| 05/29/2019 | | MASTERMONEY CREDIT POS DEPOSIT<br>TERMINAL 12345678 ABBOTT LABORATO<br>800-258-7 OH XXXXXXXXXXXX6754 | | 519.90 | 84,936.96 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678<br>SR*JEFFCLARKPUB 800-75208 FL<br>XXXXXXXXXXXX8177 | 2,500.00 | | 84,417.06 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678 AA<br>INFLIGHT MC PHOENIX AZ<br>XXXXXXXXXXXX8177 | 4.00 | | 86,917.06 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678 SIX<br>BLOCKS QUEENS NY XXXXXXXXXXXX8177 | 68.35 | | 86,921.06 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678 AMERICAN<br>LAGUARDIA NY XXXXXXXXXXXX8177 | 33.08 | | 86,989.41 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678 SAG<br>HARBOR GARD SAG HARBO NY<br>XXXXXXXXXXXX8177 | 211.76 | | 87,022.49 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678 TAXI SVC<br>41-25 LONG IS C NY XXXXXXXXXXXX8177 | 22.56 | | 87,234.25 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678 EMPIRE<br>HOTEL NEW YORK NY XXXXXXXXXXXX8177 | 200.93 | | 87,256.81 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678<br>CAFETERIA NEW YORK NY<br>XXXXXXXXXXXX8177 | 123.57 | | 87,457.74 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS<br>PURCHASE TERMINAL 12345678 TAXI SVC<br>WOODSI WOODSIDE NY<br>XXXXXXXXXXXX8177 | 11.76 | | 87,581.31 |
| 05/28/2019 | | MASTERMONEY PURCHASE POS | 30.00 | | 87,593.07 |

| Date | Check # | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| | | PURCHASE TERMINAL 12345678 AMERICAN MIAMI FL XXXXXXXXXXXX8177 | | | |
| 05/28/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 AMERICAN MIAMI FL XXXXXXXXXXXX8177 | 44.10 | | 87,623.07 |
| 05/24/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL NY2389 89 MAIN ST SAG HARBO NY XXXXXXXXXXXX8177 | 3.00 | | 87,667.17 |
| 05/24/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL NY2389 89 MAIN ST SAG HARBO NY XXXXXXXXXXXX8177 | 200.00 | | 87,670.17 |
| 05/24/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 NYCTAXI2N42 LONG ISLA NY XXXXXXXXXXXX8177 | 20.75 | | 87,870.17 |
| 05/24/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TAXI-NEWARK.COM 844-808-2 NY XXXXXXXXXXXX8177 | 105.50 | | 87,890.92 |
| 05/24/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 AA INFLIGHT MC PHOENIX AZ XXXXXXXXXXXX8177 | 9.49 | | 87,996.42 |
| 05/22/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 4.00 | | 88,005.91 |
| 05/22/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 400.00 | | 88,009.91 |
| 05/21/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 THEFLY.COM 888-63333 NJ XXXXXXXXXXXX8177 | 699.00 | | 88,409.91 |
| 05/16/2019 | 2724562 | CHECK | 927.57 | | 89,108.91 |
| 05/15/2019 | | CHECKING WITHDRAWAL BR 267 | 67,106.61 | | 90,036.48 |
| 05/15/2019 | | ACH CREDIT National Securit PAYROLL | | 149,125.81 | 157,143.09 |

| | | 190515 | | | |
|---|---|---|---|---|---|
| 05/10/2019 | | CHECKING DEPOSIT BR 267 | | 8.28 | 8,017.28 |
| 05/09/2019 | | CHECKING DEPOSIT BR 519 | | 4,009.00 | 8,009.00 |
| 05/09/2019 | | CHECKING DEPOSIT BR 519 | | 4,000.00 | 4,000.00 |

# PLUS CHECKING, *8406

**All transactions for the last 60 days**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 05/15/2019 | | DEPOSIT BR 267 | | 67,106.61 | 67,106.61 |



## SuffolkFederal

**Super Query**

Tacr ID

**Main**
- Add Business
- Add Individual
- Enrol Business
- Enrol Individual
- Financial Platform
- Payment Calculator
- Pmt Queue Control
- Product Selection
- Rehold Override
- **Speed Teller**
- **Super Query**

**Administrative**
- Operation-
- Contacts
- Operator Platform

☑ Membership #: ▉1660

[Show Selection Criteria]

### Account History Summary [Printer Friendly Version]

Membership #: ▉1660    Account #: 1    SDC #:

| Posted | Receipt/Cancel | Operator/ Drawer | Description | Total Amount | Proc Group | Holds | Available | Balance |
|--------|----------------|------------------|-------------|--------------|------------|-------|-----------|---------|
| 05/31/2019 00:00:00 | | 6003/ | DIVIDEND | $0.58 | | 0.00/00 | | $5,526.01 |
| 05/24/2019 17:51:48 | | 6074/ | LOAN PAYMENT TRANSFER To Membership# 1931660 Loan# 170 | -$1,524.00 | | 0.00/00 | $5,520.43 | $5,525.43 |

In re _Rick Alan Davidson_      Case No. _19-11486_
        **Debtor**       Reporting Period: _5-31-19_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      | **Total Cash Disbursements** | |        |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | **SEE ATTACHED** |   |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | **Total Bank Account Disbursements** | |   |         |

| **Total Disbursements for the Month** | | | |
|---|---|---|---|

Rick Alan Davidson
Case #19-11486
Reporting period 5/31/19
Bank Account Disbursements

| DATE | PAYEE | PURPOSE | AMOUNT | CHECK # |
|---|---|---|---|---|
| 5/15/2019 | Cash | transfer to a/c #8406 | 67,106.61 | |
| 5/16/2019 | Land Rover | auto lease | 927.57 | 2724562 |
| 5/21/2019 | The Fly.com | Subscription | 699.00 | |
| 5/22/2019 | ATM | various | 400.00 | |
| 5/22/2019 | ATM Surcharge | Bank fee | 4.00 | |
| 5/24/2019 | American Airlines | Travel | 9.49 | |
| 5/24/2019 | Taxi-Newark.com | Travel | 105.50 | |
| 5/24/2019 | NYC Taxi | Travel | 20.75 | |
| 5/24/2019 | ATM | various | 200.00 | |
| 5/24/2019 | ATM Surcharge | Bank fee | 3.00 | |
| 5/28/2019 | American Airlines | Travel | 44.10 | |
| 5/28/2019 | American Airlines | Travel | 30.00 | |
| 5/28/2019 | Taxi Svc Woodside | Travel | 11.76 | |
| 5/28/2019 | Cafeteria | Food | 123.57 | |
| 5/28/2019 | Empire Hotel | Travel | 200.93 | |
| 5/28/2019 | Taxi Svc 41-25 | Travel | 22.56 | |
| 5/28/2019 | Sag Harbor Gardening | Landscaping | 211.76 | |
| 5/28/2019 | American Airlines | Travel | 33.08 | |
| 5/28/2019 | Six Blocks Queens | Travel | 68.35 | |
| 5/28/2019 | American Airlines | Travel | 4.00 | |
| 5/28/2019 | Jeff Clark Publications | Subscription | 2,500.00 | |
| 5/29/2019 | Itunes | Entertainment | 4.99 | |
| 5/29/2019 | Itunes | Entertainment | 2.99 | |
| 5/30/2019 | LIPA | Utilities | 348.35 | |
| 5/30/2019 | Nancy Stearns | various | 7,367.96 | 1006 |
| 5/31/2019 | The Patio | Food | 83.66 | |
| 5/31/2019 | Aladdin Cig | Food | 16.05 | |
| 5/31/2019 | Amazon | Clothing | 28.00 | |
| 5/31/2019 | Amazon | Clothing | 27.55 | |
| 5/31/2019 | Amazon | Clothing | 28.00 | |
| | Total | | 80,633.58 | |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) – Sag Harbor | $ 1,500,000.00 | $ 1,500,000.00 |
| *TOTAL REAL PROPERTY ASSETS* | $ 1,500,000.00 | $ 1,500,000.00 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | $ 149,662.03 | $ 7,049.43 |
| Security Deposits | 21,000.00 | 21,000.00 |
| Household Goods & Furnishings | 5,000.00 | 5,000.00 |
| Books, Pictures, Art | 5,000.00 | 5,000.00 |
| Wearing Apparel | 4,000.00 | 4,000.00 |
| Furs and Jewelry | 8,000.00 | 8,000.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 135,000.00 | 135,000.00 |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | 2,400.00 | 2,400.00 |
| Accounts Receivable | 130,0000.00 | 130,0000.00 |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | . |
| Customer Lists | | |
| Autos. Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| *TOTAL PERSONAL PROPERTY* | $ 460,062.03 | $ 317,449.43 |
| * *TOTAL ASSETS* | $ 1,960,062.03 | $ 1,817,449.43 |

\* Assets do not include debtor's claims against Jeffries and Epstein, which claims are in an undetermined amount.

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpention) | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| * LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | $ 2,269,000.00 | $ 2,269,000.00 |
| Priority Debt | 1,113,340.00 | 1,113,340.00 |
| Unsecured Debt | 6,137,153.39 | 6,137,153.39 |
| TOTAL PRE-PETITION LIABILITIES | 9,519,,493.39 | 9,519,,493.39 |
| TOTAL LIABILITIES | $ 9,519,493.39 | $ 9,519,493.39 |

\*   These amounts included disputed claims.

SUMMARY OF UNPAID POST-PETITION DEBTS

In re  Rick Alan Davidson
          Debtor

Case No.  19-11486
Reporting Period:  5-31-19

| | Current | Number of Days Past Due | | | | Total |
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt (*list creditor*) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total Post-petition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

In re __Rick Alan Davidson__                    Case No. __19-11486__
         **Debtor**                         Reporting Period: __5-31-19__

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL PAYMENTS |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re  <u>Rick Alan Davidson</u>                          Case No.  <u>19-11486</u>
      Debtor                           Reporting Period:  <u>5-31-19</u>

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. llthe answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | ✓ | |
| 6 | Are any post-petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post-petition real estate taxes past due? | | ✓ |
| 8 | Are any other post-petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post-petition loans been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

5.  Check #1928 payable to ALG Innovation for $1,918.00 cleared the debtor's bank account after the Petition was filed.