UNITED STATES BANKRUPTCY COURT
<u>Southern</u> DISTRICT OF <u>New York</u>

In re <u>Rick Alan Davidson</u>
      **Debtor**

Case No. <u>19-11486</u>
Reporting Period: <u>6-30-19</u>

Social Security # <u>5900</u>
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|:---:|:---:|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor    /s/ Rick Alan Davidson      Date <u>7/22/19</u>

Signature of Joint Debtor      Date _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $77,029.41 | $0.00 |
| **RECEIPTS** | 133,487.06 | 282,612.87 |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 18.25 | 8,555.43 |
| **Total Receipts** | 133,505.31 | 291,168.30 |
| **DISBURSEMENTS** | | |
| **ORDINARYITEMS:** | | |
| Mortgage Payment(s) | 10,986.00 | 10,986.00 |
| Rental Payment(s) | 16,000.00 | 16,000.00 |
| **Other Secured Note Payments** | | |
| Utilities | 2,414.83 | 3,168.43 |
| Insurance | 3,136.14 | 3,136.14 |
| Auto Expense | - | 457.69 |
| Lease Payments | 927.57 | 1,855.14 |
| IRA Contributions | | |
| Repairs and Maintenance | 6,842.55 | 11,133.39 |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 5,921.95 | 7,676.03 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | 34,000.00 | 34,000.00 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 7,751.85 | 9,036.78 |
| Gifts | | |
| Other (attach schedule) | 65,646.29 | 136,811.16 |
| **Total Ordinary Disbursements** | $153,627.18 | $234,260.76 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | $153,627.18 | $234,260.76 |
| | | |
| **Net Cash Flow (Total Receipts -- total Disbursements)** | ($20,121.87) | $56,907.54 |
| | | |
| Cash - End of Month (Must equal reconciled bank statement) | $56,907.54 | $56,907.54 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| ATM Surcharge Rebate | $18.25 | $18.25 |
| Transfer | - | 8,017.28 |
| Medical Reimbursement | - | 519.90 |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Advertising | 1,500.00 | 1,500.00 |
| Bank Fees | 150.25 | 157.25 |
| Household | 9,563.24 | 10,415.50 |
| Transfer to Account No. 8406 | 53,000.00 | 120,106.61 |
| Business Subscriptions | 1,432.80 | 4,631.80 |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $153,627.18 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 53,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $100,627.18 |

In re  Rick Alan Davidson                          Case No.  19-11486
       Debtor                                Reporting Period:  6-30-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $67,106.61 | $67,106.61 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 53,000.00 | 120,106.61 |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (*attach schedule*) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** (*Total Receipts* + *Reorganization*) | $0.00 | $0.00 |
| | | |
| **Net Cash Flow** (*Total Receipts* – total *Disbursements*) | $53,000.00 | $120,106.61 |
| | | |
| **Cash - End of Month** (*Must equal reconciled bank statement*) | $120,106.61 | $120,106.61 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| Transfer from Account No. 8022 | $53,000.00 | $120,106.61 |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $0.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $0.00 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $5,526.01 | $7,049.43 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | .44 | 1.02 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | | |
| **Total Receipts** | .44 | 1.02 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1,520.00 | 3,044.00 |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | $1,520.00 | $3,044.00 |
| | | |
| **Net Cash Flow (Total Receipts – total Disbursements)** | ($1,519.56) | ($3,042.98) |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $4,006.45 | $4,006.45 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $1,520.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $1,520.00 |

In re  Rick Alan Davidson                                    Case No.  19-11486
       Debtor                                         Reporting Period:  6-30-19

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

|  | Operating #8022 | Payroll # | Tax #8406 | Other #1660 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $56,907.54 |  | $120,106.61 | $4,006.45 |
|  |  |  |  |  |
| BANK BALANCE | $56,907.54 |  | $120,106.61 | $4,006.45 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) |  |  |  |  |
| (-) OUTSTANDING CHECKS (ATTACH LIST): |  |  |  |  |
| OTHER (ATTACH EXPLANATION) |  |  |  |  |
| ADJUSTED BANK BALANCE * | $56,907.54 |  | $120,106.61 | $4,006.45 |

* "Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| ... |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

OTHER

_____
_____
_____
_____

| 06/03/2019 | WIRE XFR OUT DOMSTC | 17,000.00 | | 51,999.41 |
|---|---|---|---|---|
| 06/03/2019 | SERVICE CHARGE WIREOUT USD DOMSTC | 30.00 | | 68,999.41 |
| 06/03/2019 | WIRE XFR OUT DOMSTC | 8,000.00 | | 69,029.41 |

| Date | | Description | Amount | | Balance |
|---|---|---|---|---|---|
| 06/03/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL NH056060 2301 ALTON ROAD MIAMI BEA FL XXXXXXXXXXXX8177 | 4.25 | | 39,041.83 |
| 06/03/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL NH056060 2301 ALTON ROAD MIAMI BEA FL XXXXXXXXXXXX8177 | 200.00 | | 39,046.08 |
| 06/03/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 3.00 | | 39,246.08 |
| 06/03/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 300.00 | | 39,249.08 |
| 06/03/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 4.00 | | 39,549.08 |
| 06/03/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 400.00 | | 39,553.08 |
| 06/03/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TED S HIDEAWAY MIAMI BEA FL XXXXXXXXXXXX8177 | 41.00 | | 39,953.08 |
| 06/03/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 PRICELINE*THE W 800-774-2 CT XXXXXXXXXXXX8177 | 848.16 | | 39,994.08 |
| 06/03/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX8177 | 131.18 | | 40,842.24 |
| 06/03/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 9.99 | | 40,973.42 |
| 06/03/2019 | | NOTE PAYMENT AUTOMATIC LOAN PAY | 10,986.00 | | 40,983.41 |
| 06/03/2019 | | SERVICE CHARGE WIREOUT USD DOMSTC | 30.00 | | 51,969.41 |

| | | | | | |
|---|---|---|---|---|---|
| | | KITCHEN AN SAG HARBO NY XXXXXXXXXXXX8177 | | | |
| 06/07/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 AMERICAN MIAMI FL XXXXXXXXXXXX8177 | 30.00 | | 34,365.16 |
| 06/06/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 VZWRLSS*IVR VN 800-922-0 FL XXXXXXXXXXXX8177 | 294.47 | | 34,395.16 |
| 06/06/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 MIA CAFE VERSAI MIAMI FL XXXXXXXXXXXX8177 | 8.11 | | 34,689.63 |
| 06/05/2019 | | ACH WITHDRAWAL Paraco Gas debit 190605 | 1,125.66 | | 34,697.74 |
| 06/05/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX8177 | 374.49 | | 35,823.40 |
| 06/05/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX8177 | 90.15 | | 36,197.89 |
| 06/05/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 LOBSTER SHACK MIAMI BEA FL XXXXXXXXXXXX8177 | 31.21 | | 36,288.04 |
| 06/04/2019 | | ACH WITHDRAWAL BARCLAYCARD US CREDITCARD 190604 | 2,000.00 | | 36,319.25 |
| 06/04/2019 | | ACH WITHDRAWAL NewYorkLife-TPFL INSURANCE 190604 | 418.50 | | 38,319.25 |
| 06/04/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 LUCALI MIAMI BEA FL XXXXXXXXXXXX8177 | 149.50 | | 38,737.75 |
| 06/03/2019 | | ACH WITHDRAWAL NEWYORKLIFE-AARP INSURANCE 190603 | 117.13 | | 38,887.25 |
| 06/03/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX8177 | 37.45 | | 39,004.38 |

| Date | Check # | Description | Amount | Credit | Balance |
|---|---|---|---|---|---|
| | | PURCHASE TERMINAL 12345678 INATTESO PIZZAB NEW YORK NY XXXXXXXXXXXX8177 | | | |
| 06/11/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SA 855280027 CA XXXXXXXXXXXX8177 | 16.37 | | 31,219.40 |
| 06/11/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TOASTIES 51ST NEW YORK NY XXXXXXXXXXXX8177 | 8.11 | | 31,235.77 |
| 06/11/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 NYCTAXI6M42 LONG ISLA NY XXXXXXXXXXXX8177 | 80.95 | | 31,243.88 |
| 06/11/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 CITI BIKE NYC 855245331 NY XXXXXXXXXXXX8177 | 13.07 | | 31,274.83 |
| 06/11/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC WOODSI WOODSIDE NY XXXXXXXXXXXX8177 | 30.36 | | 31,287.90 |
| 06/11/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 PIERRES BRIDGEHAM NY XXXXXXXXXXXX8177 | 710.95 | | 31,318.26 |
| 06/10/2019 | | ATM SURCHARGE REBATE SURCHARGE REBATE | | 18.25 | 32,029.21 |
| 06/10/2019 | 3166780 | CHECK | 927.57 | | 32,010.96 |
| 06/10/2019 | 1009 | CHECK | 964.00 | | 32,938.53 |
| 06/10/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 THE WAGNER HOTE NEW YORK NY XXXXXXXXXXXX8177 | 50.00 | | 33,902.53 |
| 06/10/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 SQU*SQ *HAMPTON MEDFORD NY XXXXXXXXXXXX8177 | 55.00 | | 33,952.53 |
| 06/10/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 LULU | 357.63 | | 34,007.53 |

| 06/13/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 THE WAGNER HOTE NEW YORK NY XXXXXXXXXXXX8177 | 208.42 | | 30,478.79 |
|---|---|---|---|---|---|
| 06/13/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345 TAXI SVC 41-25 LONG IS C NY XXXXXXXXXXXX8177 | 11.16 | | 30,687.21 |
| 06/13/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC BRONX BRONX NY XXXXXXXXXXXX8177 | 8.76 | | 30,698.37 |
| 06/13/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 PJ CLARKES ON T NEW YORK NY XXXXXXXXXXXX8177 | 51.00 | | 30,707.13 |
| 06/12/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P388607 2 WEST STREET NEW YORK NY XXXXXXXXXXXX8177 | 4.00 | | 30,758.13 |
| 06/12/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P388607 2 WEST STREET NEW YORK NY XXXXXXXXXXXX8177 | 200.00 | | 30,762.13 |
| 06/12/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 NETFLIX.COM NETFLIX.C CA XXXXXXXXXXXX8177 | 12.99 | | 30,962.13 |
| 06/12/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 35.98 | | 30,975.12 |
| 06/12/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 CAFETERIA NEW YORK NY XXXXXXXXXXXX8177 | 59.64 | | 31,011.10 |
| 06/12/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC NEW YO NEW YORK NY XXXXXXXXXXXX8177 | 21.96 | | 31,070.74 |
| 06/11/2019 | | MASTERMONEY PURCHASE POS | 126.70 | | 31,092.70 |

| | | 06500898406 DATE: 06-15-19 TIME: 07:53:23 | | | |
|------------|------|------------------------------------------------------------------------------------------------------|-----------|------------|------------|
| 06/14/2019 | 1008 | CHECK | 1,918.00 | | 160,607.43 |
| 06/14/2019 | | ACH WITHDRAWAL FPL DIRECT DEBIT ELEC PYMT 190614 | 255.24 | | 162,525.43 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 58.26 | | 162,780.67 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TMF*MOTLEY.FOOL 855-69536 VA XXXXXXXXXXXX8177 | 99.00 | | 162,838.93 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 PRL&RWE PACKAGE 866-58440 MD XXXXXXXXXXXX8177 | 129.00 | | 162,937.93 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 AMERICAN LAGUARDIA NY XXXXXXXXXXXX8177 | 30.00 | | 163,066.93 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 AMERICAN LAGUARDIA NY XXXXXXXXXXXX8177 | 35.00 | | 163,096.93 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 AMERICAN LAGUARDIA NY XXXXXXXXXXXX8177 | 328.30 | | 163,131.93 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC LONG I WOODSIDE NY XXXXXXXXXXXX8177 | 36.36 | | 163,460.23 |
| 06/14/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 QUEENS MEDALLIO LONG ISLA NY XXXXXXXXXXXX8177 | 27.94 | | 163,496.59 |
| 06/14/2019 | | ACH CREDIT National Securit PAYROLL 190614 | | 133,487.06 | 163,524.53 |
| 06/13/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 THE WAGNER HOTE NEW YORK NY XXXXXXXXXXXX8177 | 441.32 | | 30,037.47 |

| | | | | |
|---|---|---|---|---|
| | | PURCHASE TERMINAL 12345678 LYFT *RIDE SA 855280027 CA XXXXXXXXXXXX8177 | | | |
| 06/17/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 BAKAN RESTAURAN MIAMI FL XXXXXXXXXXXX8177 | 222.78 | | 106,235.74 |
| 06/17/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 08586454 NST BEST BUY 14 MIAMI BEA FL XXXXXXXXXXXX8177 | 62.04 | | 106,458.52 |
| 06/17/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 SALT RESTAURANT MIAMI BEA FL XXXXXXXXXXXX8177 | 63.34 | | 106,520.56 |
| 06/17/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 02577300 NNT PORTOFINO W MIAMI BEA FL XXXXXXXXXXXX8177 | 108.71 | | 106,583.90 |
| 06/17/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 UPLAND MIAMI MIAMI BEA FL XXXXXXXXXXXX8177 | 226.39 | | 106,692.61 |
| 06/17/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 4.00 | | 106,919.00 |
| 06/17/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 400.00 | | 106,923.00 |
| 06/17/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 SQ *SQ *PORTOFI MIAMI BEA FL XXXXXXXXXXXX8177 | 47.93 | | 107,323.00 |
| 06/17/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 THE WAGNER HOTE NEW YORK NY XXXXXXXXXXXX8177 | 29.50 | | 107,370.93 |
| 06/17/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 CALL ME GABY MIAMI BEA FL XXXXXXXXXXXX8177 | 207.00 | | 107,400.43 |
| 06/17/2019 | | ONLINE/PHONE XFER OUT TO ACC | 53,000.00- | | 107,607.43 |

| 06/18/2019 | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *CANCEL SAN FRANC CA XXXXXXXXXXXX8177 | 6.00 | | 105,013.77 |
|---|---|---|---|---|
| 06/18/2019 | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX8177 | 37.45 | | 105,019.77 |
| 06/18/2019 | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 4.00 | | 105,057.22 |
| 06/18/2019 | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 400.00 | | 105,061.22 |
| 06/17/2019 | ACH WITHDRAWAL DIRECTV DIRECTV 190617 | 131.71 | | 105,461.22 |
| 06/17/2019 | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 CLASSIC CAR CLU NEW YORK NY XXXXXXXXXXXX8177 | 195.98 | | 105,592.93 |
| 06/17/2019 | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX8177 | 22.70 | | 105,788.91 |
| 06/17/2019 | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX8177 | 24.78 | | 105,811.61 |
| 06/17/2019 | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 IPM*INVESTORPLA 800-21985 MD XXXXXXXXXXXX8177 | 34.95 | | 105,836.39 |
| 06/17/2019 | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SA 855280027 CA XXXXXXXXXXXX8177 | 15.73 | | 105,871.34 |
| 06/17/2019 | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 PAO BY PAUL QUI MIAMI FL XXXXXXXXXXXX8177 | 324.13 | | 105,887.07 |
| 06/17/2019 | MASTERMONEY PURCHASE POS | 24.54 | | 106,211.20 |

| | | | | | |
|---|---|---|---|---|---|
| | | TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | | | |
| 06/21/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 25.00 | | 102,634.74 |
| 06/21/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRIME ITALIAN MIAMI BEA FL XXXXXXXXXXXX8177 | 214.68 | | 102,659.74 |
| 06/21/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 NETPICKS 949481239 TX XXXXXXXXXXXX8177 | 997.00 | | 102,874.42 |
| 06/20/2019 | 1078 | CHECK | 316.00 | | 103,871.42 |
| 06/20/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX8177 | 37.45 | | 104,187.42 |
| 06/20/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 103.52 | | 104,224.87 |
| 06/20/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 DELTA NORWALK CT XXXXXXXXXXXX8177 | 224.30 | | 104,328.39 |
| 06/19/2019 | 1010 | CHECK | 3.00 | | 104,552.69 |
| 06/19/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 3.00 | | 104,555.69 |
| 06/19/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 300.00 | | 104,558.69 |
| 06/19/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX8177 | 125.28 | | 104,858.69 |
| 06/19/2019 | | MASTERMONEY PURCHASE POS PURCHASE TERMINAL 12345678 BIG PINK RESTAU MIAMI BEA FL XXXXXXXXXXXX8177 | 29.80 | | 104,983.97 |

| Date | | Description | Amount | | Balance |
|---|---|---|---|---|---|
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LE DISTRICT NEW YORK NY XXXXXXXXXXXX8177 | 71.91 | | 100,731.48 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CAFETERIA NEW YORK NY XXXXXXXXXXXX8177 | 39.39 | | 100,803.39 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SA 855280027 CA XXXXXXXXXXXX8177 | 41.35 | | 100,842.78 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 NEWSLINK 13 MIA MIAMI FL XXXXXXXXXXXX8177 | 29.67 | | 100,884.13 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 19.97 | | 100,913.80 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BANKERS CONSECO 800-323-4 IN XXXXXXXXXXXX8177 | 285.75 | | 100,933.77 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MICROSOFT *OFFI MSBILL.IN WA XXXXXXXXXXXX8177 | 76.20 | | 101,219.52 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CALL ME GABY MIAMI BEA FL XXXXXXXXXXXX8177 | 149.67 | | 101,295.72 |
| 06/24/2019 | | CHECKING WITHDRAWAL BR 519 | 700.00 | | 101,445.39 |
| 06/21/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 4.00 | | 102,145.39 |
| 06/21/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 400.00 | | 102,149.39 |
| 06/21/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 02577300 NNT PORTOFINO W MIAMI BEA FL XXXXXXXXXXXX8177 | 32.09 | | 102,549.39 |
| 06/21/2019 | | DEBIT CARD PURCHASE POS PURCHASE | 53.26 | | 102,581.48 |

| | | MIAMI BEA FL XXXXXXXXXXXX8177 | | | |
|---|---|---|---|---|---|
| 06/26/2019 | | ACH WITHDRAWAL VZ WIRELESS VN E CHECK 190626 | 291.75 | | 98,459.87 |
| 06/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 20.96 | | 98,751.62 |
| 06/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 53.26 | | 98,772.58 |
| 06/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TURNAROUNDGRAPH 732259779 NJ XXXXXXXXXXXX8177 | 1,500.00 | | 98,825.84 |
| 06/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 82020401 SHELL SERVICE S MIAMI BEA FL XXXXXXXXXXXX8177 | 27.30 | | 100,325.84 |
| 06/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MONTY S SUNSET MIAMI BEA FL XXXXXXXXXXXX8177 | 51.05 | | 100,353.14 |
| 06/25/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CALL ME GABY MIAMI BEA FL XXXXXXXXXXXX8177 | 90.52 | | 100,404.19 |
| 06/25/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 T2 CROQUE MADAM QUEENS NY XXXXXXXXXXXX8177 | 21.36 | | 100,494.71 |
| 06/25/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 QUEENS MEDALLIO LONG ISLA NY XXXXXXXXXXXX8177 | 73.70 | | 100,516.07 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 DELTA DELTA.COM CA XXXXXXXXXXXX8177 | 99.00 | | 100,589.77 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC WOODSI WOODSIDE NY XXXXXXXXXXXX8177 | 14.16 | | 100,688.77 |
| 06/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 NYCTAXI2G44 LONG ISLA NY XXXXXXXXXXXX8177 | 28.55 | | 100,702.93 |

| Date | Check No. | Description | Debit | | Balance |
|---|---|---|---|---|---|
| 06/28/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 02577300 NNT PORTOFINO W MIAMI BEA FL XXXXXXXXXXXX8177 | 39.45 | | 56,907.54 |
| 06/28/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 30513309 CVS/PHARM 05133 MIAMI BEA FL XXXXXXXXXXXX8177 | 51.34 | | 56,946.99 |
| 06/28/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX8177 | 37.80 | | 56,998.33 |
| 06/28/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 20.70 | | 57,036.13 |
| 06/28/2019 | | SERVICE CHARGE WIREOUT USD DOMSTC | 30.00 | | 57,056.83 |
| 06/28/2019 | | WIRE XFR OUT DOMSTC | 8,000.00 | | 57,086.83 |
| 06/28/2019 | | SERVICE CHARGE WIREOUT USD DOMSTC | 30.00 | | 65,086.83 |
| 06/28/2019 | | WIRE XFR OUT DOMSTC | 17,000.00 | | 65,116.83 |
| 06/27/2019 | 1076 | CHECK | 15,922.05 | | 82,116.83 |
| 06/27/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* MACCHIALIN MIAMI BEA FL XXXXXXXXXXXX8177 | 177.80 | | 98,038.88 |
| 06/27/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 143.19 | | 98,216.68 |
| 06/27/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SLS HOTEL SOUTH | 100.00 | | 98,359.87 |

## WEALTH ADVANTAGE CHECKING, *8406

### All transactions for the last 60 days

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 06/17/2019 | | ONLINE/PHONE XFR IN FR ACC 06500898022 DATE: 06-15-19 TIME: 07:53:23 | | 53,000.00 | 120,106.61 |

Results: 1-4 of 4 rows.

☑ Mask Member Number [Print] [Close]

## Account History Summary [ ]

Printer settings must be changed to Landscape before printing this page.

Membership #: \*\*\*\*\*\*\*\*60    Account #: 1

| Posted | /Card# | Operator/ Drawer | Description | Total Amount | Proc Group | Holds | Available Balance |
|--------|--------|------------------|-------------|-------------|-----------|-------|-------------------|
| 06/30/2019 00:00:00 | | 6063/ | DIVIDEND | $0.44 | 0.00/00 | | $4,006.45 |
| 06/27/2019 18:39:59 | | 6071/ | LOAN PAYMENT TRANSFER To: Membership# \*\*\*\*\*\*\*60  Loan# 170 | -$1,520.00 | 0.00/00 | $4,001.01 | $4,006.01 |

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | **Total Cash Disbursements** |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | SEE ATTACHED |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **Total Bank Account Disbursements** |  |  |  |

| | |
|---|---|
| **Total Disbursements for the Month** |  |

Rick Alan Davidson
Case #19-11486
Reporting Period 6/30/19
Bank Account Disbursements

| DATE | PAYEE | PURPOSE | AMOUNT | CHECK # |
|------|-------|---------|--------|---------|
| 6/3/2019 | Rent | Rent | 8,000.00 | |
| 6/3/2019 | Wire Service Charge | Bank Fee | 30.00 | |
| 6/3/2019 | Donna Davidson | Alimony | 17,000.00 | |
| 6/3/2019 | Wire Service Charge | Bank Fee | 30.00 | |
| 6/3/2019 | Note Payment | Mortgage | 10,986.00 | |
| 6/3/2019 | Itunes | T&E | 9.99 | |
| 6/3/2019 | Smith & Wollensky | Food | 131.18 | |
| 6/3/2019 | Priceline | T&E | 848.16 | |
| 6/3/2019 | Ted's Hideaway | Food | 41.00 | |
| 6/3/2019 | ATM | Household | 400.00 | |
| 6/3/2019 | ATM Surcharge | Bank Fee | 4.00 | |
| 6/3/2019 | ATM | Household | 300.00 | |
| 6/3/2019 | ATM Surcharge | Bank Fee | 3.00 | |
| 6/3/2019 | ATM | Household | 200.00 | |
| 6/3/2019 | ATM Surcharge | Bank Fee | 4.25 | |
| 6/3/2019 | Miami Beach Golf | T&E | 37.45 | |
| 6/3/2019 | NY Life | Insurance | 117.13 | |
| 6/4/2019 | Lucali | Food | 149.50 | |
| 6/4/2019 | NY Life | Insurance | 418.50 | |
| 6/4/2019 | Barclay Card Withdrawal | Household | 2,000.00 | |
| 6/5/2019 | Lobster Shack | Food | 31.21 | |
| 6/5/2019 | Smith & Wollensky | Food | 90.15 | |
| 6/5/2019 | Miami Beach Golf | T&E | 374.49 | |
| 6/5/2019 | Paraco Gas | Utilities | 1,125.66 | |
| 6/6/2019 | Café Versai | Food | 8.11 | |
| 6/6/2019 | Verizon | Utilities | 294.47 | |
| 6/7/2019 | American | T&E | 30.00 | |
| 6/10/2019 | Lulu Kitchen | Food | 357.63 | |
| 6/10/2019 | Hampton Medford | T&E | 55.00 | |
| 6/10/2019 | The Wagner Hotel | T&E | 50.00 | |
| 6/10/2019 | Gardens Bay CC | T&E | 964.00 | 1009 |
| 6/10/2019 | Range Rover | Lease | 927.57 | 3166780 |
| 6/11/2019 | Pierre's Bridgehampton | Food | 710.95 | |
| 6/11/2019 | Taxi | T&E | 30.36 | |
| 6/11/2019 | Citi Bike | T&E | 13.07 | |
| 6/11/2019 | Taxi | T&E | 30.95 | |
| 6/11/2019 | Toasties | Food | 8.11 | |
| 6/11/2019 | Lyft | T&E | 16.37 | |
| 6/11/2019 | Inatteso Pizza | Food | 126.70 | |
| 6/12/2019 | Taxi | T&E | 21.96 | |
| 6/12/2019 | Cafeteria | Food | 59.64 | |

| Date | Description | Category | Amount | Check # |
|------|-------------|----------|--------:|--------:|
| 6/12/2019 | Itunes | T&E | 35.98 | |
| 6/12/2019 | Netflix | T&E | 12.99 | |
| 6/12/2019 | ATM | Household | 200.00 | |
| 6/12/2019 | ATM Surcharge | Bank Fee | 4.00 | |
| 6/13/2019 | PJ Clarkes | Food | 51.00 | |
| 6/13/2019 | Taxi | T&E | 8.76 | |
| 6/13/2019 | Taxi | T&E | 11.16 | |
| 6/13/2019 | The Wagner Hotel | T&E | 208.42 | |
| 6/13/2019 | The Wagner Hotel | T&E | 441.32 | |
| 6/14/2019 | Queens Medallion | T&E | 27.94 | |
| 6/14/2019 | Taxi | T&E | 36.36 | |
| 6/14/2019 | American | T&E | 328.30 | |
| 6/14/2019 | American | T&E | 35.00 | |
| 6/14/2019 | American | T&E | 30.00 | |
| 6/14/2019 | PRL&RWE Package | Household | 129.00 | |
| 6/14/2019 | The Motley Fool | Subscriptions | 99.00 | |
| 6/14/2019 | The Patio | Food | 58.26 | |
| 6/14/2019 | FPL | Utilities | 255.24 | |
| 6/14/2019 | ALG Innovations | Health Insurance | 1,918.00 | 1008 |
| 6/17/2019 | Transfer to Savings | Transfer | 53,000.00 | |
| 6/17/2019 | Call Me Gaby | Food | 207.00 | |
| 6/17/2019 | The Wagner Hotel | T&E | 29.50 | |
| 6/17/2019 | Portofino | Food | 47.93 | |
| 6/17/2019 | ATM | Household | 400.00 | |
| 6/17/2019 | ATM Surcharge | Bank Fee | 4.00 | |
| 6/17/2019 | Upland | Food | 226.39 | |
| 6/17/2019 | Portofino | Food | 108.71 | |
| 6/17/2019 | Salt Restaurant | Food | 63.34 | |
| 6/17/2019 | NST Best Buy | Household | 62.04 | |
| 6/17/2019 | Bakan Restaurant | Food | 222.78 | |
| 6/17/2019 | Lyft | T&E | 24.54 | |
| 6/17/2019 | Pao by Paul Qui | Food | 324.13 | |
| 6/17/2019 | Lyft | T&E | 15.73 | |
| 6/17/2019 | InvestorPlace Media | Subscriptions | 34.95 | |
| 6/17/2019 | Lyft | T&E | 24.78 | |
| 6/17/2019 | Lyft | T&E | 22.70 | |
| 6/17/2019 | Classic Car Club | Subscriptions | 195.98 | |
| 6/17/2019 | DirectTV | Utilities | 131.71 | |
| 6/18/2019 | ATM | Household | 400.00 | |
| 6/18/2019 | ATM Surcharge | Bank Fee | 4.00 | |
| 6/18/2019 | Miami Beach Golf | Food | 37.45 | |
| 6/18/2019 | Lyft | T&E | 6.00 | |
| 6/19/2019 | Big Pink Restaurant | Food | 29.80 | |
| 6/19/2019 | Smith & Wollensky | Food | 125.28 | |
| 6/19/2019 | ATM | Household | 300.00 | |
| 6/19/2019 | ATM Surcharge | Bank Fee | 3.00 | |
| 6/19/2019 | Check | Household | 3.00 | 1010 |

| Date | Payee | Category | Amount | |
|------|-------|----------|-------:|---|
| 6/20/2019 | Delta Norwalk CT | T&E | 224.30 | |
| 6/20/2019 | The Patio | Food | 103.52 | |
| 6/20/2019 | Miami Beach Golf | T&E | 37.45 | |
| 6/20/2019 | Jason Macrini | Utilities | 316.00 | 1078 |
| 6/21/2019 | Netpicks | Subscriptions | 997.00 | |
| 6/21/2019 | Prime Italian | Food | 214.68 | |
| 6/21/2019 | The Patio | Food | 25.00 | |
| 6/21/2019 | The Patio | Food | 53.26 | |
| 6/21/2019 | Portofino | Food | 32.09 | |
| 6/21/2019 | ATM | Household | 400.00 | |
| 6/21/2019 | ATM Surcharge | Bank Fee | 4.00 | |
| 6/24/2019 | ATM | Household | 700.00 | |
| 6/24/2019 | Call Me Gaby | Food | 149.67 | |
| 6/24/2019 | Microsoft Office | Subscriptions | 76.20 | |
| 6/24/2019 | Bankers Conseco Life Ins | Insurance | 285.75 | |
| 6/24/2019 | Itunes | T&E | 19.97 | |
| 6/24/2019 | Newslink | Subscriptions | 29.67 | |
| 6/24/2019 | Lyft | T&E | 41.35 | |
| 6/24/2019 | Cafeteria | Food | 39.39 | |
| 6/24/2019 | Le District | Food | 71.91 | |
| 6/24/2019 | Taxi | T&E | 28.55 | |
| 6/24/2019 | Taxi | T&E | 14.16 | |
| 6/24/2019 | Delta | T&E | 99.00 | |
| 6/25/2019 | Queens Medallion | T&E | 73.70 | |
| 6/25/2019 | Croque Madam | Food | 21.36 | |
| 6/25/2019 | Call Me Gaby | Food | 90.52 | |
| 6/26/2019 | Monty's Sunset | Food | 51.05 | |
| 6/26/2019 | Shell | T&E | 27.30 | |
| 6/26/2019 | Turnaround Graphics | Advertising | 1,500.00 | |
| 6/26/2019 | The Patio | Food | 53.26 | |
| 6/26/2019 | The Patio | Food | 20.96 | |
| 6/26/2019 | Verizon | Utilities | 291.75 | |
| 6/27/2019 | SLS Hotel | T&E | 100.00 | |
| 6/27/2019 | The Patio | Food | 143.19 | |
| 6/27/2019 | Macchialin | Food | 177.80 | |
| 6/27/2019 | Nancy Stearns | Various | 15,922.05 | 1076 |
| 6/28/2019 | Donna Davidson | Alimony | 17,000.00 | |
| 6/28/2019 | Wire Service Charge | Bank Fee | 30.00 | |
| 6/28/2019 | Rent | Rent | 8,000.00 | |
| 6/28/2019 | Wire Service Charge | Bank Fee | 30.00 | |
| 6/28/2019 | The Patio | Food | 20.70 | |
| 6/28/2019 | Smith & Wollensky | Food | 37.80 | |
| 6/28/2019 | CVS | Household | 51.34 | |
| 6/28/2019 | Portofino | Food | 39.45 | |
| | Total | | 153,627.18 | |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | $1,500,000.00 | $1,500,000.00 |
| TOTAL REAL PROPERTY ASSETS | $1,500,000.00 | $1,500,000.00 |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | | |
| Bank Accounts | $181,020.60 | $7,049.43 |
| Security Deposits | 21,000.00 | 21,000.00 |
| Household Goods & Furnishings | 5,000.00 | 5,000.00 |
| Books, Pictures, Art | 5,000.00 | 5,000.00 |
| Wearing Apparel | 4,000.00 | 4,000.00 |
| Furs and Jewelry | 8,000.00 | 8,000.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 135,000.00 | 135,000.00 |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | 2,400.00 | 2,400.00 |
| Accounts Receivable | 130,000.00 | 130,000.00 |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos. Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | $491,420.60 | $317,449.43 |
| * TOTAL ASSETS | $1,991,420.60 | $1,817,449.43 |

*Assets do not include Debtor's claims against Jefferies, LLC and Jared Epstein, which are in undetermined amounts.

FORM MOR-3 (INDV)
2/2008
Page 1 of 2

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (PostIpention)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $2,269,000.00 | $2,269,000.00 |
| Priority Debt | 1,113,340.00 | 1,113,340.00 |
| Unsecured Debt | 6,137,153.39 | 6,137,153.39 |
| *TOTAL PRE-PETITION LIABILITIES* | 9,519,493.39 | 9,519,493.39 |
| *TOTAL LIABILITIES* | $9,519,493.39 | $9,519,493.39 |

# SUMMARY OF UNPAID POST-PETITION DEBTS

In re  Rick Alan Davidson
_____
Debtor

Case No.  19-11486
Reporting Period:  6-30-19

| | Current | Number of Days Past Due | | | | |
| | | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt (*list creditor*) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____
_____

In re  Rick Alan Davidson                              Case No.  19-11486
       Debtor                               Reporting Period:  6-30-19

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re  Rick Alan Davidson                                  Case No.  19-11486
       Debtor                                   Reporting Period:  6-30-19

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. lithe answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post-petition State or Federal income taxes past due? | | X |
| 7 | Are any post-petition real estate taxes past due? | | X |
| 8 | Are any other post-petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post-petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |