UNITED STATES BANKRUPTCY COURT

Southern _____ DISTRICT OF _New York_____

In re  Rick Alan Davidson _____        Case No. 19-11486 _____
     **Debtor**                              Reporting Period: 7-31-19 _____

                                      Social Security # _5900_____
                                                  (last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____/s/ Rick Alan Davidson_____  Date _8/14/19_____

Signature of Joint Debtor _____  Date _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $56,907.54 | $0.00 |
| **RECEIPTS** | | |
| Wages (Net) | 154,176.56 | 436,789.43 |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 120,026.00 | 128,581.43 |
| **Total Receipts** | 274,202.56 | 565,370.86 |
| **DISBURSEMENTS:** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 10,986.00 | 21,972.00 |
| Rental Payment(s) | 8,000.00 | 24,000.00 |
| Other Secured Note Payments | | |
| Utilities | 4,428.04 | 7,596.47 |
| Insurance | 9,167.28 | 12,303.42 |
| Auto Expense | 87.33 | 545.02 |
| Lease Payments | 1,653.65 | 3,508.79 |
| IRA Contributions | | |
| Repairs and Maintenance | 4,143.18 | 15,276.57 |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 2,014.48 | 9,690.51 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | 17,000.00 | 51,000.00 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 120,000.00 | 120,000.00 |
| Travel and Entertainment | 4,391.82 | 13,428.60 |
| Gifts | | |
| Other (attach schedule) | 82,756.83 | 219,567.99 |
| **Total Ordinary Disbursements** | $264,628.61 | $498,889.37 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 650.00 | 650.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 650.00 | 650.00 |
| | | |
| **Total Disbursements** (Ordinary + Reorganization) | $265,278.61 | $499,539.37 |
| | | |
| **Net Cash Flow** (Total Receipts – total Disbursements) | $8,923.95 | $65,831.49 |
| | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | $65,831.49 | $65,831.49 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| ATM Surcharge Rebate | $26.00 | $44.25 |
| Transfer | 120,000.00 | 128,017.28 |
| Medical Reimbursement | - | 519.90 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| 2019 Federal Income Tax | 120,000.00 | 120,000.00 |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Advertising | - | 1,500.00 |
| Bank Fees | 12.75 | 170.00 |
| Household | 5,205.10 | 15,620.60 |
| Transfers | 77,045.00 | 197,151.61 |
| Business Subscriptions | 493.98 | 5,125.78 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $265,278.61 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 77,045.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $188,233.61 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $120,106.61 | $0.00 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 75,000.00 | 195,106.61 |
| **Total Receipts** | 75,000.00 | 195,106.61 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 120,000.00 | 120,000.00 |
| **Total Ordinary Disbursements** | 120,000.00 | 120,000.00 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** (*Ordinary + Reorganization*) | $120,000.00 | $120,000.00 |
| | | |
| Net Cash Flow (*Total Receipts* – total *Disbursements*) | ($45,000.00) | $75,106.61 |
| | | |
| Cash - End of Month (*Must equal reconciled bank statement*) | $75,106.61 | $75,106.61 |

In re  Rick Alan Davidson                          Case No.  19-11486
       _____              Reporting Period:  7-31-19
       Debtor

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from Account No. 8022 | $75,000.00 | $195,106.61 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Transfer to Account No. 8022 | 120,000.00 | 120,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $120,000.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 120,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $0.00 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $4,006.45 | $7,049.43 |
| RECEIPTS | | |
| Wages (Net) | | |
| Interest and Dividend Income | .34 | 1.36 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 2,045.00 | 2,045.00 |
| Total Receipts | 2,045.34 | 2,046.36 |
| DISBURSEMENTS | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) | 1,515.00 | 4,559.00 |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food. Clothing. Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 1,515.00 | 4,559.00 |
| REORGANIZATION ITEMS: | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| | | |
| Total Disbursements (Ordinary + Reorganization) | $1,515.00 | $4,559.00 |
| | | |
| Net Cash Flow (Total Receipts – total Disbursements) | $530.34 | ($2,512.64) |
| | | |
| Cash - End of Month (Must equal reconciled bank statement) | $4,536.79 | $4,536.79 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from Account No. 8022 | 2,045.00 | 2,045.00 |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $1,515.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $1,515.00 |

In re  Rick Alan Davidson                          Case No.  19-11486
         Debtor                              Reporting Period:  7-31-19

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

| | Operating #8022 | Payroll # | Tax #8406 | Other #1660 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $65,831.49 | | $75,106.61 | $4,536.79 |
| | | | | |
| BANK BALANCE | $65,831.49 | | $75,106.61 | $4,536.79 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | | | | |
| OTHER (ATTACH EXPLANATION) | | | | |
| | | | | |
| ADJUSTED BANK BALANCE * | $65,831.49 | | $76,106.61 | $4,536.79 |

* "Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| ... | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

_____

_____

_____

_____

| | | | | | |
|---|---|---|---|---|---|
| | | TERMINAL P290583 157 COLLINS AVE MIAMI BEA FL XXXXXXXXXXXX8177 | | | |
| 07/01/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P290583 157 COLLINS AVE MIAMI BEA FL XXXXXXXXXXXX8177 | 3.50 | | 44,741.30 |
| 07/01/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P290583 157 COLLINS AVE MIAMI BEA FL XXXXXXXXXXXX8177 | 200.00 | | 44,744.80 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UBER TRIP 800592899 CA XXXXXXXXXXXX8177 | 10.46 | | 44,944.80 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PORTOFINO WINE MIAMI BEA FL XXXXXXXXXXXX8177 | 116.53 | | 44,955.26 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 2.99 | | 45,071.79 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 14.97 | | 45,074.78 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRIME ITALIAN MIAMI BEA FL XXXXXXXXXXXX8177 | 331.79 | | 45,089.75 |
| 07/01/2019 | | CHECKING WITHDRAWAL BR 653 | 500.00 | | 45,421.54 |
| 07/01/2019 | | NOTE PAYMENT AUTOMATIC LOAN PAY | 10,986.00 | | 45,921.54 |

| Date | Check | Description | Debit | | Balance |
|------|-------|-------------|-------|---|---------|
| 07/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CLASSIC CAR CLU NEW YORK NY XXXXXXXXXXXX8177 | 195.98 | | 42,426.08 |
| 07/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SUBWAY 0 MIAMI FL XXXXXXXXXXXX8177 | 17.23 | | 42,622.06 |
| 07/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SEAMLSSTHEDAILY 800256102 NY XXXXXXXXXXXX8177 | 20.91 | | 42,639.29 |
| 07/01/2019 | 1028 | CHECK | 693.46 | | 42,660.20 |
| 07/01/2019 | 1017 | CHECK | 733.40 | | 43,353.66 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX8177 | 41.76 | | 44,087.06 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CMT MIAMI FL 2 MIAMI FL XXXXXXXXXXXX8177 | 42.00 | | 44,128.82 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UPLAND MIAMI MIAMI BEA FL XXXXXXXXXXXX8177 | 190.23 | | 44,170.82 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX8177 | 107.02 | | 44,361.05 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BIG PINK RESTAU MIAMI BEA FL XXXXXXXXXXXX8177 | 27.38 | | 44,468.07 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BIG PINK RESTAU MIAMI BEA FL XXXXXXXXXXXX8177 | 34.35 | | 44,495.45 |
| 07/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BIG PINK RESTAU MIAMI BEA FL XXXXXXXXXXXX8177 | 8.00 | | 44,529.80 |
| 07/01/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P290583 157 COLLINS AVE MIAMI BEA FL XXXXXXXXXXXX8177 | 3.50 | | 44,537.80 |
| 07/01/2019 | | NETWORK ATM W/D CASH WITHDRAWAL | 200.00 | | 44,541.30 |

| | | | | | |
|---|---|---|---|---|---|
| | | TERMINAL 12345678 EXXONMOBIL 4 SAG HARBO NY XXXXXXXXXXXX8177 | | | |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 STARBUCKS STORE NEW YORK NY XXXXXXXXXXXX8177 | 7.29 | | 39,348.68 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC LONG I LONG IS C NY XXXXXXXXXXXX8177 | 15.96 | | 39,355.97 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CITI BIKE NYC 855245331 NY XXXXXXXXXXXX8177 | 13.07 | | 39,371.93 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 DREAM DOWNTOWN NEW YORK NY XXXXXXXXXXXX8177 | 548.72 | | 39,385.00 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CAFETERIA NEW YORK NY XXXXXXXXXXXX8177 | 54.64 | | 39,933.72 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 QUEENS MEDALLIO LONG ISLA NY XXXXXXXXXXXX8177 | 21.96 | | 39,988.36 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRICELINE*DREAM 800-774-2 CT XXXXXXXXXXXX8177 | 159.97 | | 40,010.32 |
| 07/03/2019 | 1052 | CHECK | 1,918.00 | | 40,170.29 |
| 07/03/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *INCREAS 855280027 CA XXXXXXXXXXXX8177 | 25.00 | | 42,088.29 |
| 07/03/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 IL CAPUCCINO SAG HARBO NY XXXXXXXXXXXX8177 | 36.93 | | 42,113.29 |
| 07/03/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 9.99 | | 42,150.22 |
| 07/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX8177 | 265.87 | | 42,160.21 |

| Date | Check # | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 07/09/2019 | 1013 | CHECK | 2,500.00 | | 35,730.14 |
| 07/09/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 30607304 CVS/PHARM 06073 LIVINGSTO NJ XXXXXXXXXXXX8177 | 47.07 | | 38,230.14 |
| 07/08/2019 | | ATM SURCHARGE REBATE SURCHARGE REBATE | | 26.00 | 38,277.21 |
| 07/08/2019 | | ACH WITHDRAWAL FPL DIRECT DEBIT ELEC PYMT 190708 | 242.30 | | 38,251.21 |
| 07/08/2019 | | ACH WITHDRAWAL OPTIMUM 7839 CABLE PMNT 190708 | 162.18 | | 38,493.51 |
| 07/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CMSVEND*CV AVEN AVENEL NJ XXXXXXXXXXXX8177 | 3.10 | | 38,655.69 |
| 07/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CMSVEND*CV AVEN AVENEL NJ XXXXXXXXXXXX8177 | 1.60 | | 38,658.79 |
| 07/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CMSVEND*CV AVEN AVENEL NJ XXXXXXXXXXXX8177 | 1.35 | | 38,660.39 |
| 07/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CMSVEND*CV AVEN AVENEL NJ XXXXXXXXXXXX8177 | 3.10 | | 38,661.74 |
| 07/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SP * NOTHING NE 347533132 NY XXXXXXXXXXXX8177 | 105.00 | | 38,664.84 |
| 07/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SAG HARBOR LIQU SAG HARBO NY XXXXXXXXXXXX8177 | 187.88 | | 38,769.84 |
| 07/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 DOPO LA SPIAGGI SAG HARBO NY XXXXXXXXXXXX8177 | 172.96 | | 38,957.72 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SAG HARBOR GARD SAG HARBO NY XXXXXXXXXXXX8177 | 160.67 | | 39,130.68 |
| 07/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE | 57.33 | | 39,291.35 |

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 07/15/2019 | | DEBIT CARD CREDIT POS DEPOSIT TERMINAL 12345678 DREAM DOWNTOWN NEW YORK NY XXXXXXXXXXXX8177 | | 138.87 | 30,860.53 |
| 07/12/2019 | 1056 | CHECK | 1,062.00 | | 30,721.66 |
| 07/12/2019 | 1029 | CHECK | 716.00 | | 31,783.66 |
| 07/12/2019 | | ACH WITHDRAWAL GARDINERS BAY CO 00145692 190711 | 1,069.63 | | 32,499.66 |
| 07/12/2019 | | ACH WITHDRAWAL BMWFINANCIAL SVS BMWFS PYMT 190712 | 726.08 | | 33,569.29 |
| 07/12/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL CU560614 498 COUNTY RD 1 11 MANORVILL NY XXXXXXXXXXXX8177 | 2.75 | | 34,295.37 |
| 07/12/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL CU560614 498 COUNTY RD 1 11 MANORVILL NY XXXXXXXXXXXX8177 | 300.00 | | 34,298.12 |
| 07/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CONRAD ATRIO RE NEW YORK NY XXXXXXXXXXXX8177 | 39.84 | | 34,598.12 |
| 07/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE TH 855280027 CA XXXXXXXXXXXX8177 | 82.15 | | 34,637.96 |
| 07/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 FRESCO ON THE G NEW YORK NY XXXXXXXXXXXX8177 | 5.44 | | 34,720.11 |
| 07/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 45.97 | | 34,725.55 |
| 07/11/2019 | | NTWK BILL PYMT DB TERMINAL 004 NETFLIX COM LOS GATOS CA XXXXXXXXXXXX8177 | 14.04 | | 34,771.52 |
| 07/11/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 30606212 CVS/PHARMACY #0 MANHATTAN NY XXXXXXXXXXXX8177 | 17.01 | | 34,785.56 |
| 07/10/2019 | 3722638 | CHECK | 927.57 | | 34,802.57 |

| | | XXXXXXXXXXXX8177 | | | |
|---|---|---|---|---|---|
| 07/16/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 COA -WWW.CHEAPO 800425456 NY XXXXXXXXXXXX8177 | 114.95 | | 224,349.48 |
| 07/16/2019 | 1014 | CHECKING DEBIT ADJ CHECK ADJUSTMENT 7/15/2019 SERIAL 1014 | 200.00 | | 224,464.43 |
| 07/15/2019 | 1014 | CHECK | 1,138.58 | | 224,664.43 |
| 07/15/2019 | | ACH WITHDRAWAL DIRECTV Payment 190715 | 72.75 | | 225,803.01 |
| 07/15/2019 | | ACH WITHDRAWAL NewYorkLife-TPFL INSURANCE 190715 | 208.25 | | 225,875.76 |
| 07/15/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 0001 THE UPS STORE # SAG HARBO NY XXXXXXXXXXXX8177 | 62.01 | | 226,084.01 |
| 07/15/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 WESTMINSTER HOT LIVINGSTO NJ XXXXXXXXXXXX8177 | 771.62 | | 226,146.02 |
| 07/15/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 DREAM DOWNTOWN 212247200 NY XXXXXXXXXXXX8177 | 6.92 | | 226,917.64 |
| 07/15/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CONRAD HOTEL N NEW YORK NY XXXXXXXXXXXX8177 | 76.49 | | 226,924.56 |
| 07/15/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC WOODSI WOODSIDE NY XXXXXXXXXXXX8177 | 42.96 | | 227,001.05 |
| 07/15/2019 | | CHECKING WITHDRAWAL BR 653 | 75,000.00 | | 227,044.01 |
| 07/15/2019 | | CHECKING WITHDRAWAL BR 653 | 3,000.00 | | 302,044.01 |
| 07/15/2019 | | DEPOSIT BR 653 | | 120,000.00 | 305,044.01 |
| 07/15/2019 | | ACH CREDIT National Securit PAYROLL 190715 | | 154,176.56 | 185,044.01 |
| 07/15/2019 | | DEBIT CARD CREDIT POS DEPOSIT TERMINAL 12345678 DREAM DOWNTOWN NEW YORK NY XXXXXXXXXXXX8177 | | 6.92 | 30,867.45 |

| Date | Check | Description | Amount | | Balance |
|------|-------|-------------|--------|---|---------|
| 07/24/2019 | | ATM WITHDRAWAL CASH WITHDRAWAL TERMINAL DC7F 17 MAIN STREET SAG HARBO NY XXXXXXXXXXXX8177 | 400.00 | | 102,445.53 |
| 07/23/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P301886 399 FERRY ROAD SHELTER I NY XXXXXXXXXXXX8177 | 3.00 | | 102,845.53 |
| 07/23/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P301886 399 FERRY ROAD SHELTER I NY XXXXXXXXXXXX8177 | 120.00 | | 102,848.53 |
| 07/22/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE TH 855280027 CA XXXXXXXXXXXX8177 | 334.39 | | 102,968.53 |
| 07/22/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LT BURGER SAG HARBO NY XXXXXXXXXXXX8177 | 30.74 | | 103,302.92 |
| 07/19/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *INCREAS SAN FRANC CA XXXXXXXXXXXX8177 | 25.00 | | 103,333.66 |
| 07/18/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LT BURGER SAG HARBO NY XXXXXXXXXXXX8177 | 26.12 | | 103,358.66 |
| 07/17/2019 | 1019 | CHECK | 120,000.00 | | 103,384.78 |
| 07/17/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE TU 855280027 CA XXXXXXXXXXXX8177 | 263.70 | | 223,384.78 |
| 07/17/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 IPM*INVESTORPLA 800-21985 MD XXXXXXXXXXXX8177 | 199.00 | | 223,648.48 |
| 07/17/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UNITED 800-932-2 TX XXXXXXXXXXXX8177 | 45.00 | | 223,847.48 |
| 07/17/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UNITED 800-932-2 TX XXXXXXXXXXXX8177 | 57.00 | | 223,892.48 |
| 07/17/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UNITED 800-932-2 TX | 400.00 | | 223,949.48 |

| | | | | | |
|---|---|---|---|---|---|
| | | TERMINAL 12345678 IL CAPUCCINO SAG HARBO NY XXXXXXXXXXXX8177 | | | |
| 07/29/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 EXXONMOBIL 4 SAG HARBO NY XXXXXXXXXXXX8177 | 30.00 | | 72,497.38 |
| 07/29/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 THE AMERICAN HO SAG HARBO NY XXXXXXXXXXXX8177 | 39.10 | | 72,527.38 |
| 07/29/2019 | | WIRE XFR OUT DOMSTC | 17,000.00 | | 72,566.48 |
| 07/29/2019 | | WIRE XFR OUT DOMSTC | 8,000.00 | | 89,566.48 |
| 07/26/2019 | | ACH WITHDRAWAL ATT Payment 190726 | 349.69 | | 97,566.48 |
| 07/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 VERIZON AGENT F 800-922-0 FL XXXXXXXXXXXX8177 | 7.00 | | 97,916.17 |
| 07/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 VZWRLSS*IVR VN 800-922-0 FL XXXXXXXXXXXX8177 | 198.89 | | 97,923.17 |
| 07/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 9.99 | | 98,122.06 |
| 07/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SAFEGUARD SELF MASSAPEQU NY XXXXXXXXXXXX8177 | 196.00 | | 98,132.05 |
| 07/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 GEICO *AUTO MACON DC XXXXXXXXXXXX8177 | 197.05 | | 98,328.05 |
| 07/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 ADAM'S MARKET P NEW YORK NY XXXXXXXXXXXX8177 | 60.39 | | 98,525.10 |
| 07/25/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00MNK211 7-ELEVEN SAG HARBO NY XXXXXXXXXXXX8177 | 9.85 | | 98,585.49 |
| 07/25/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PAGE AT 63 MAIN SAG HARBO NY XXXXXXXXXXXX8177 | 140.19 | | 98,595.34 |
| 07/25/2019 | | CHECKING WITHDRAWAL BR 653 | 3,710.00 | | 98,735.53 |

# WEALTH ADVANTAGE CHECKING, *8022

## All completed transactions from 07/01/2019 to 07/31/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 07/31/2019 | | ACH WITHDRAWAL PARACO GAS ACH 190731 | 758.58 | | 65,831.49 |
| 07/31/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LT BURGER SAG HARBO NY XXXXXXXXXXXX8177 | 31.55 | | 66,590.07 |
| 07/30/2019 | 1085 | CHECK | 2,045.00 | | 66,621.62 |
| 07/30/2019 | 1084 | CHECK | 1,016.76 | | 68,666.62 |
| 07/30/2019 | | ACH WITHDRAWAL LIPA PHONECHECK 190730 | 1,021.12 | | 69,683.38 |
| 07/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 IPM*INVESTORPLA 800-21985 MD XXXXXXXXXXXX8177 | 99.00 | | 70,704.50 |
| 07/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 2.99 | | 70,803.50 |
| 07/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 4.99 | | 70,806.49 |
| 07/29/2019 | 1083 | OTC CHECK BR 653 | 465.75 | | 70,811.48 |
| 07/29/2019 | 1055 | CHECK | 650.00 | | 71,277.23 |
| 07/29/2019 | | NTWK BILL PYMT DB TERMINAL 70000001 CNS OPTIMUM #78 BETHPAGE NY XXXXXXXXXXXX8177 | 206.07 | | 71,927.23 |
| 07/29/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* ED S LOBST SAG HARBO NY XXXXXXXXXXXX8177 | 128.53 | | 72,133.30 |
| 07/29/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 EMPORIUM HARDWA SAG HARBO NY XXXXXXXXXXXX8177 | 48.86 | | 72,261.83 |
| 07/29/2019 | | DEBIT CARD PURCHASE POS PURCHASE | 186.69 | | 72,310.69 |

# WEALTH ADVANTAGE CHECKING, *8406

### All completed transactions from 7/1/2019 to 7/31/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 07/15/2019 | | CHECKING WITHDRAWAL BR 653 | 120,000.00 | | 75,106.61 |
| 07/15/2019 | | DEPOSIT BR 653 | | 75,000.00 | 195,106.61 |

☑ Mask Member Number  | Print | | Close |

## Account History Summary  [ ]
Membership #: ********60    Account #: 1

| Posted | /Card# | Operator/ Drawer | Description | Total Amount | Proc Group | Holds | Available | Balance |
|--------|--------|------------------|-------------|--------------|------------|-------|-----------|---------|
| 07/31/2019 00:00:00 | 6063/ | | DIVIDEND | $0.34 | 0.00/00 | | | $4,536.79 |
| 07/29/2019 11:05:59 | 3250/Cash | 3250 | DEPOSIT CK+ $2,045.00 | $2,045.00 | 2,045.00/2 | | $2,686.45 | $4,536.45 |
| 07/27/2019 14:24:14 | 6071/ | | LOAN PAYMENT TRANSFER To: Membership# ********60  Loan# 170 | -$1,515.00 | 0.00/00 | | $2,486.45 | $2,491.45 |

1

In re  Rick Alan Davidson                    Case No. 19-11486
       Debtor                          Reporting Period: 7-31-19

## DISBURSEMENT JOURNAL
### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| Total Cash Disbursements | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | SEE ATTACHED |   |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
| Total Bank Account Disbursements | | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
|                                   |  |

Rick Alan Davidson
Case #19-11486
Reporting Period 7/31/19
Bank Account Disbursements

| DATE | PAYEE | PURPOSE | AMOUNT | CHECK # |
|---|---|---|---|---|
| 7/1/2019 | Note Payment | Mortgage | 10,986.00 | |
| 7/1/2019 | ATM | Household | 500.00 | |
| 7/1/2019 | Prime Italian | Food | 331.79 | |
| 7/1/2019 | Itunes | T&E | 14.97 | |
| 7/1/2019 | Itunes | T&E | 2.99 | |
| 7/1/2019 | Portofino | Food | 116.53 | |
| 7/1/2019 | Uber | T&E | 10.46 | |
| 7/1/2019 | ATM | Household | 200.00 | |
| 7/1/2019 | ATM Surcharge | Bank Fees | 3.50 | |
| 7/1/2019 | ATM | Household | 200.00 | |
| 7/1/2019 | ATM Surcharge | Bank Fees | 3.50 | |
| 7/1/2019 | Big Pink | Food | 8.00 | |
| 7/1/2019 | Big Pink | Food | 34.35 | |
| 7/1/2019 | Big Pink | Food | 27.38 | |
| 7/1/2019 | Smith & Wollensky | Food | 107.02 | |
| 7/1/2019 | Upland | Food | 190.23 | |
| 7/1/2019 | CMT | Food | 42.00 | |
| 7/1/2019 | Lyft | T&E | 41.76 | |
| 7/1/2019 | Check - Lincoln Life Insurance | Insurance | 733.40 | 1017 |
| 7/1/2019 | Check - Justin Macrini | Utilities | 693.46 | 1028 |
| 7/2/2019 | Seamless | Food | 20.91 | |
| 7/2/2019 | Subway | Food | 17.23 | |
| 7/2/2019 | Classic Car Club | Subscriptions | 195.98 | |
| 7/2/2019 | Lyft | T&E | 265.87 | |
| 7/3/2019 | Itunes | T&E | 9.99 | |
| 7/3/2019 | Il Capuccino | Food | 36.93 | |
| 7/3/2019 | Lyft | T&E | 25.00 | |
| 7/3/2019 | ALG Innovations | Insurance | 1,918.00 | 1052 |
| 7/5/2019 | Priceline | T&E | 159.97 | |
| 7/5/2019 | Queens Medallion | T&E | 21.96 | |
| 7/5/2019 | Cafeteria | Food | 54.64 | |
| 7/5/2019 | Dream Downtown | T&E | 548.72 | |
| 7/5/2019 | Citi Bike | T&E | 13.07 | |
| 7/5/2019 | Taxi | T&E | 15.96 | |
| 7/5/2019 | Starbucks | Food | 7.29 | |
| 7/5/2019 | Exxonmobile | Auto | 57.33 | |
| 7/5/2019 | Sag Harbor Garden Center | Maintenance | 160.67 | |
| 7/8/2019 | Dopo La Spiaggia | Food | 172.96 | |
| 7/8/2019 | Sag Harbor Liquor | Food | 187.88 | |
| 7/8/2019 | SP * Nothing NE | Household | 105.00 | |
| 7/8/2019 | CMSVEND*CV Aven | Household | 3.10 | |
| 7/8/2019 | CMSVEND*CV Aven | Household | 1.35 | |
| 7/8/2019 | CMSVEND*CV Aven | Household | 1.60 | |

| Date | Description | Category | Amount | Check # |
|------|-------------|----------|-------:|--------:|
| 7/8/2019 | CMSVEND*CV Aven | Household | 3.10 | |
| 7/8/2019 | Optimum | Utilities | 162.18 | |
| 7/8/2019 | FPL Direct Debit Elec | Utilities | 242.30 | |
| 7/9/2019 | CVS | Household | 47.07 | |
| 7/9/2019 | Check - Evergreen Lawn | Maintenance | 2,500.00 | 1013 |
| 7/10/2019 | Check | Lease (Range Rover) | 927.57 | 3722638 |
| 7/11/2019 | CVS | Household | 17.01 | |
| 7/11/2019 | Netflix | T&E | 14.04 | |
| 7/12/2019 | Itunes | T&E | 45.97 | |
| 7/12/2019 | Fresco on the Go | Food | 5.44 | |
| 7/12/2019 | Lyft | T&E | 82.15 | |
| 7/12/2019 | Conrad Atrio | Food | 39.84 | |
| 7/12/2019 | ATM | Household | 300.00 | |
| 7/12/2019 | ATM Surcharge | Bank Fees | 2.75 | |
| 7/12/2019 | BMW | Lease | 726.08 | |
| 7/12/2019 | Gardiners Bay Country Club | T&E | 1,069.63 | |
| 7/12/2019 | Check - Justin Macrini | Utilities | 716.00 | 1029 |
| 7/12/2019 | Check - NY Life Insurance | Insurance | 1,062.00 | 1056 |
| 7/15/2019 | Dream Downtown | T&E | (138.87) | |
| 7/15/2019 | Dream Downtown | T&E | (6.92) | |
| 7/15/2019 | Checking Withdrawal | Household | 3,000.00 | |
| 7/15/2019 | Checking Withdrawal - Transfer to Acct 8406 | Transfer | 75,000.00 | |
| 7/15/2019 | Taxi | T&E | 42.96 | |
| 7/15/2019 | Conrad Hotel | T&E | 76.49 | |
| 7/15/2019 | Dream Downtown | T&E | 6.92 | |
| 7/15/2019 | Westminster Hot | T&E | 771.62 | |
| 7/15/2019 | UPS | Household | 62.01 | |
| 7/15/2019 | NewYorkLife Insurance | Insurance | 208.25 | |
| 7/15/2019 | DIRECTV | Utilities | 72.75 | |
| 7/15/2019 | Check - North American Life Insurance | Insurance | 1,338.58 | 1014 |
| 7/16/2019 | Cheapoair | T&E | 114.95 | |
| 7/17/2019 | United | T&E | 400.00 | |
| 7/17/2019 | United | T&E | 57.00 | |
| 7/17/2019 | United | T&E | 45.00 | |
| 7/17/2019 | IPM InvestorPlace Media | Subscriptions | 199.00 | |
| 7/17/2019 | Lyft | T&E | 263.70 | |
| 7/17/2019 | Check - Federal Income Tax | Taxes - Other | 120,000.00 | 1019 |
| 7/18/2019 | LT Burger | Food | 26.12 | |
| 7/19/2019 | Lyft | T&E | 25.00 | |
| 7/22/2019 | LT Burger | Food | 30.74 | |
| 7/22/2019 | Lyft | T&E | 334.39 | |
| 7/23/2019 | ATM | Household | 120.00 | |
| 7/23/2019 | ATM Surcharge | Bank Fees | 3.00 | |
| 7/24/2019 | ATM | Household | 400.00 | |
| 7/25/2019 | Withdrawal - Chubb Home Owners Insurance | Insurance | 3,710.00 | |
| 7/25/2019 | Page at 63 Main | Food | 140.19 | |
| 7/25/2019 | 7-Eleven | Food | 9.85 | |
| 7/26/2019 | Adam's Market | Food | 60.39 | |
| 7/26/2019 | Geico | Insurance | 197.05 | |
| 7/26/2019 | Safeguard Self Storage | Household | 196.00 | |

| Date | Description | Category | Amount | Check # |
|---|---|---|---|---|
| 7/26/2019 | Itunes | T&E | 9.99 | |
| 7/26/2019 | Verizon | Utilities | 198.89 | |
| 7/26/2019 | Verizon | Utilities | 7.00 | |
| 7/26/2019 | Withdrawal - AT&T | Utilities | 349.69 | |
| 7/29/2019 | Wire | Rent | 8,000.00 | |
| 7/29/2019 | Wire | Alimony | 17,000.00 | |
| 7/29/2019 | The American Hotel | T&E | 39.10 | |
| 7/29/2019 | Exxonmobile | Auto | 30.00 | |
| 7/29/2019 | Il Capuccino | Food | 186.69 | |
| 7/29/2019 | Emporium Hardware | Household | 48.86 | |
| 7/29/2019 | Ed's Lobster Bar | Food | 128.53 | |
| 7/29/2019 | Optimum | Utilities | 206.07 | |
| 7/29/2019 | Check - US Trustee Fee | US Trustee Fees | 650.00 | 1055 |
| 7/29/2019 | Check - Tom Fischer - Pool | Maintenance | 465.75 | 1083 |
| 7/30/2019 | Itunes | T&E | 4.99 | |
| 7/30/2019 | Itunes | T&E | 2.99 | |
| 7/30/2019 | IPM InvestorPlace Media | Subscriptions | 99.00 | |
| 7/30/2019 | LIPA (Long Island Power Authority) Phonecheck | Utilities | 1,021.12 | |
| 7/30/2019 | Check - Evergreen Lawn | Maintenance | 1,016.76 | 1084 |
| 7/30/2019 | Check - Suffolk County FCU Heloc Payment | Transfer | 2,045.00 | 1085 |
| 7/31/2019 | LT Burger | Food | 31.55 | |
| 7/31/2019 | Paraco Gas | Utilities | 758.58 | |
| | **Total** | | **265,278.61** | |

In re  Rick Alan Davidson _____  Case No. 19-11486
      Debtor                                    Reporting Period: 7-31-19

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | $1,500,000.00 | $1,500,000.00 |
| TOTAL REAL PROPERTY ASSETS | $1,500,000.00 | $1,500,000.00 |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | | |
| Bank Accounts | $145,474.89 | $7,049.43 |
| Security Deposits | 21,000.00 | 21,000.00 |
| Household Goods & Furnishings | 5,000.00 | 5,000.00 |
| Books, Pictures, Art | 5,000.00 | 5,000.00 |
| Wearing Apparel | 4,000.00 | 4,000.00 |
| Furs and Jewelry | 8,000.00 | 8,000.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 135,000.00 | 135,000.00 |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | 2,400.00 | 2,400.00 |
| Accounts Receivable | 130,000.00 | 130,000.00 |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos. Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | $455,874.89 | $317,449.43 |
| * TOTAL ASSETS | $1,955,874.89 | $1,817,449.43 |

\* Assets do not include debtor's claims against Jefferies and Epstein, which claims are in an undetermined amount.

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (PosIpention) | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | $2,269,000.00 | $2,269,000.00 |
| Priority Debt | 1,113,340.00 | 1,113,340.00 |
| Unsecured Debt | 6,137,153.39 | 6,137,153.39 |
| TOTAL PRE-PETITION LIABILITIES | 9,519,493.39 | 9,519,493.39 |
| TOTAL LIABILITIES | $9,519,493.39 | $9,519,493.39 |

\* These amounts included disputed claims,

# SUMMARY OF UNPAID POST-PETITION DEBTS

In re  Rick Alan Davidson
_____ Debtor

Case No.  19-11486
Reporting Period:  7-31-19

| | Current | Number of Days Past Due | | | | |
| | | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt (*list creditor*) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re  Rick Alan Davidson                         Case No.  19-11486
       Debtor                              Reporting Period:  7-31-19

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re  Rick Alan Davidson                    Case No.  19-11486
       Debtor                                Reporting Period:  7-31-19

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. lithe answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post-petition State or Federal income taxes past due? | | X |
| 7 | Are any post-petition real estate taxes past due? | | X |
| 8 | Are any other post-petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post-petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |