UNITED STATES BANKRUPTCY COURT
Southern _____ DISTRICT OF __New York__

In re   Rick Alan Davidson _____          Case No.   19-11486
        Debtor                              Reporting Period:   8-31-19

                                            Social Security #   5900
                                                          (last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month
and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the
month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____          Date  9/12/19

Signature of Joint Debtor _____          Date _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $65,831.49 | $0.00 |
| **RECEIPTS** | | |
| Wages (Net) | 142,214.99 | 579,004.42 |
| **Interest and Dividend Income** | 26.58 | 26.58 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 55,008.75 | 183,590.18 |
| **Total Receipts** | 197,250.32 | 762,621.18 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 10,986.00 | 32,958.00 |
| Rental Payment(s) | 8,000.00 | 32,000.00 |
| **Other Secured Note Payments** | | |
| Utilities | 1,152.55 | 8,749.02 |
| Insurance | 7,911.60 | 20,215.02 |
| Auto Expense | - | 545.02 |
| Lease Payments | 1,290.57 | 4,799.36 |
| IRA Contributions | | |
| Repairs and Maintenance | 5,805.00 | 21,081.57 |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 6,887.64 | 16,578.15 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | 17,000.00 | 68,000.00 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | - | 120,000.00 |
| Travel and Entertainment | 8,163.44 | 21,592.04 |
| Gifts | | |
| Other (attach schedule) | 154,867.16 | 374,435.15 |
| **Total Ordinary Disbursements** | $222,063.96 | $720,953.33 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 325.00 | 975.00 |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 325.00 | 975.00 |
| | | |
| **Total Disbursements** (Ordinary + Reorganization) | $222,388.96 | $721,928.33 |
| | | |
| **Net Cash Flow** (Total Receipts – total Disbursements) | ($25,138.64) | $40,692.85 |
| | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | $40,692.85 | $40,692.85 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| ATM Surcharge Rebate | $8.75 | $53.00 |
| Transfer | 55,000.00 | 183,017.28 |
| Medical Reimbursement | - | 519.90 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| 2019 Federal Income Tax | - | 120,000.00 |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Advertising | - | 1,500.00 |
| Bank Fees | 56.00 | 226.00 |
| Household | 20,694.23 | 36,314.83 |
| Transfers | 77,000.00 | 274,151.61 |
| Transfer SEP IRA | 55,000.00 | 55,000.00 |
| Business Subscriptions | 2,116.93 | 7,242.71 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | $222,388.96 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 132,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $90,388.96 |

In re  Rick Alan Davidson                          Case No.  19-11486
         Debtor                            Reporting Period:  8-31-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $75,106.61 | $0.00 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | 19.04 | 19.04 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 77,000.00 | 272,106.61 |
| **Total Receipts** | 77,000.00 | 272,106.61 |
| **DISBURSEMENTS** | | |
| **ORDINARYITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 55,000.00 | 175,000.00 |
| **Total Ordinary Disbursements** | 55,000.00 | 175,000.00 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (*attach schedule*) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** (*Ordinary + Reorganization*) | $55,000.00 | $175,000.00 |
| | | |
| **Net Cash Flow** (*Total Receipts* – total *Disbursements*) | $22,019.04 | $97,125.65 |
| | | |
| **Cash - End of Month** (*Must equal reconciled bank statement*) | $97,125.65 | $97,125.65 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from Account No. 8022 | $77,000.00 | $272,106.61 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Transfer to Account No. 8022 | 55,000.00 | 175,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $55,000.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 55,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $0.00 |

In re __Rick Alan Davidson_____     Case No. __19-11486__
         Debtor                                   Reporting Period: __8-31-19__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $4,536.79 | $7,049.43 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | .36 | 1.72 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | - | 2,045.00 |
| **Total Receipts** | .36 | 2,046.72 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1,510.00 | 6,069.00 |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | 1,510.00 | 6,069.00 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (*attach schedule*) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** (*Ordinary + Reorganization*) | $1,510.00 | $6,069.00 |
| | | |
| **Net Cash Flow** (*Total Receipts – total Disbursements*) | ($1,509.64) | ($4,022.28) |
| | | |
| **Cash - End of Month** (*Must equal reconciled bank statement*) | $3,027.15 | $3,027.15 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from Account No. 8022 | - | 2,045.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $1,510.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $1,510.00 |

In re  Rick Alan Davidson                                    Case No.  19-11486
       Debtor                                         Reporting Period:  8-31-19

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page. (Bank account numbers may be redacted to last four numbers.)

| | Operating #8022 | Payroll # | Tax #8406 | Other #1660 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $40,692.85 | | $97,125.65 | $3,027.15 |
| | | | | |
| BANK BALANCE | $40,692.85 | | $97,125.65 | $3,027.15 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | | | | |
| OTHER (ATTACH EXPLANATION) | | | | |
| | | | | |
| ADJUSTED BANK BALANCE * | $40,692.85 | | $97,125.65 | $3,027.15 |

* "Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| ... | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

_____
_____
_____
_____

2/2008
Page 1 of 1

## WEALTH ADVANTAGE CHECKING, *8022

### All completed transactions from 8/1/2019 to 8/31/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 08/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX3450 | 27.86 | | 40,692.85 |
| 08/30/2019 | | WIRE XFR OUT DOMSTC | 8,000.00 | | 40,720.71 |
| 08/30/2019 | | WIRE XFR OUT DOMSTC | 17,000.00 | | 48,720.71 |
| 08/29/2019 | 1093 | CHECK | 325.00 | | 65,720.71 |
| 08/29/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX3450 | 37.45 | | 66,045.71 |
| 08/29/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 8.00 | | 66,083.16 |
| 08/29/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 800.00 | | 66,091.16 |
| 08/28/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE TU 855280027 CA XXXXXXXXXXXX3450 | 157.33 | | 66,891.16 |
| 08/28/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE MO 855280027 CA XXXXXXXXXXXX3450 | 152.58 | | 67,048.49 |
| 08/28/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 VZWRLSS*IVR VN 800-922-0 FL XXXXXXXXXXXX3450 | 203.28 | | 67,201.07 |
| 08/28/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 WATERSTONE RESO BOCA RATO FL XXXXXXXXXXXX3450 | 538.29 | | 67,404.35 |
| 08/27/2019 | | ACH WITHDRAWAL SUFFOLK COUNTY UTILITY 190827 | 580.33 | | 67,942.64 |

| | | | | | |
|---|---|---|---|---|---|
| 08/27/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 ROB BOOKER 801872801 AZ XXXXXXXXXXXX3450 | 1,497.00 | | 68,522.97 |
| 08/27/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SANTORINI GREEK MIAMI BEA FL XXXXXXXXXXXX3450 | 138.62 | | 70,019.97 |
| 08/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *RIDE MO SAN FRANC CA XXXXXXXXXXXX3450 | 18.14 | | 70,158.59 |
| 08/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *RIDE MO SAN FRANC CA XXXXXXXXXXXX3450 | 18.32 | | 70,176.73 |
| 08/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX3450 | 143.59 | | 70,195.05 |
| 08/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *RIDE SA SAN FRANC CA XXXXXXXXXXXX3450 | 27.05 | | 70,338.64 |
| 08/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 46830101 BP#1790732CARAF MIAMI FL XXXXXXXXXXXX3450 | 6.52 | | 70,365.69 |
| 08/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 09051156 LIQUOR MART 2 MIAMI FL XXXXXXXXXXXX3450 | 76.99 | | 70,372.21 |
| 08/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *RIDE SA SAN FRANC CA XXXXXXXXXXXX3450 | 25.27 | | 70,449.20 |
| 08/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 ALTON ROAD NURS MIAMI BEA FL XXXXXXXXXXXX3450 | 581.46 | | 70,474.47 |
| 08/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CMSVEND*MICI VE HIALEAH FL XXXXXXXXXXXX3450 | 2.10 | | 71,055.93 |
| 08/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRIME ITALIAN MIAMI BEA FL XXXXXXXXXXXX3450 | 159.58 | | 71,058.03 |

| | | | | | |
|---|---|---|---|---|---|
| 08/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX3450 | 37.44 | | 71,217.61 |
| 08/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SP * TECHMOBILE 719246953 CO XXXXXXXXXXXX3450 | 85.24 | | 71,255.05 |
| 08/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TMF*MOTLEY.FOOL 855-69536 VA XXXXXXXXXXXX3450 | 99.00 | | 71,340.29 |
| 08/26/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 46830101 BP#1790732CARAF MIAMI FL XXXXXXXXXXXX3450 | 17.07 | | 71,439.29 |
| 08/23/2019 | 1074 | CHECK | 2,000.00 | | 71,456.36 |
| 08/23/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX3450 | 37.45 | | 73,456.36 |
| 08/23/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 5.00 | | 73,493.81 |
| 08/23/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 500.00 | | 73,498.81 |
| 08/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CSN*COLLECTIBLE 800-604-2 AZ XXXXXXXXXXXX3450 | 149.95 | | 73,998.81 |
| 08/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE WE 855280027 CA XXXXXXXXXXXX3450 | 142.93 | | 74,148.76 |
| 08/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 WATERSTONE RESO BOCA RATO FL XXXXXXXXXXXX3450 | 149.38 | | 74,291.69 |
| 08/22/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SQ *SQ *PORTOFI MIAMI BEA FL XXXXXXXXXXXX3450 | 11.81 | | 74,441.07 |

| Date | Check # | Description | Amount | | Balance |
|---|---|---|---|---|---|
| 08/22/2019 | | WIRE XFR OUT DOMSTC<br>basement waterproof<br>Utilities | 5,280.00 | | 74,452.88 |
| 08/21/2019 | 1091 | CHECK | 15,000.00 | | 79,732.88 |
| 08/21/2019 | | ATM/POS SURCHARGE SURCHARGE<br>AMOUNT TERMINAL P275979 100 SOUTH<br>POINTE D R MIAMI BEA FL<br>XXXXXXXXXXXX3450 | 4.00 | | 94,732.88 |
| 08/21/2019 | | NETWORK ATM W/D CASH WITHDRAWAL<br>TERMINAL P275979 100 SOUTH POINTE D R<br>MIAMI BEA FL XXXXXXXXXXXX3450 | 400.00 | | 94,736.88 |
| 08/20/2019 | | ACH WITHDRAWAL NEWYORKLIFE-AARP<br>INSURANCE 190820 | 117.13 | | 95,136.88 |
| 08/19/2019 | | MISC SERVICE CHARGE DEBITCARD RUSH<br>FEE | 25.00 | | 95,254.01 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 LUCKYS FAMOUS B<br>NEW YORK NY XXXXXXXXXXXX8177 | 6.26 | | 95,279.01 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 LUCKYS FAMOUS B<br>NEW YORK NY XXXXXXXXXXXX8177 | 19.70 | | 95,285.27 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 WINE ON NINE NEW<br>YORK NY XXXXXXXXXXXX8177 | 3.00 | | 95,304.97 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 WINE ON NINE NEW<br>YORK NY XXXXXXXXXXXX8177 | 53.33 | | 95,307.97 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 CALL ME GABY MIAMI<br>BEA FL XXXXXXXXXXXX8177 | 237.52 | | 95,361.30 |
| 08/19/2019 | | NETWORK POS PURCHASE POS<br>PURCHASE TERMINAL 69415374 MIAMI<br>BEACH GOL MIAMI BEA FL<br>XXXXXXXXXXXX8177 | 37.45 | | 95,598.82 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 SEAMLSSNEWCHINA<br>800256102 NY XXXXXXXXXXXX8177 | 31.98 | | 95,636.27 |

| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 154.62 | | 95,668.25 |
|---|---|---|---|---|---|
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL* ITUNES.COM 866-712-7 CA XXXXXXXXXXXX8177 | 9.99 | | 95,822.87 |
| 08/19/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00001990 VAPE N SMOKE SH MIAMI BEA FL XXXXXXXXXXXX8177 | 10.69 | | 95,832.86 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* MACCHIALIN MIAMI BEA FL XXXXXXXXXXXX8177 | 360.52 | | 95,843.55 |
| 08/19/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 03162T21 WALGREENS STORE MIAMI BEA FL XXXXXXXXXXXX8177 | 87.90 | | 96,204.07 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BED BATH & BEYO 800462396 NJ XXXXXXXXXXXX8177 | 171.17 | | 96,291.97 |
| 08/19/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 02111051 BEDBATH&B 3301 MIAMI FL XXXXXXXXXXXX8177 | 240.22 | | 96,463.14 |
| 08/19/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 02111051 BEDBATH&B 3301 MIAMI FL XXXXXXXXXXXX8177 | 498.86 | | 96,703.36 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 GOGO FRESH FOOD MIAMI BEA FL XXXXXXXXXXXX8177 | 22.49 | | 97,202.22 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX8177 | 58.85 | | 97,224.71 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 49.53 | | 97,283.56 |

| Date | Check | Description | Amount | | Balance |
|------|-------|-------------|--------|--|---------|
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SR *LEGACY RESE 800-68117 MD XXXXXXXXXXXX8177 | 295.00 | | 97,333.09 |
| 08/19/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRIME ITALIAN MIAMI BEA FL XXXXXXXXXXXX8177 | 191.49 | | 97,628.09 |
| 08/19/2019 | | ONLINE/PHONE XFR OUT TO ACC 06500898406 DATE: 08-18-19 TIME: 12:29:04 | 77,000.00 | | 97,819.58 |
| 08/16/2019 | 1082 | CHECK | 1,000.00 | | 174,819.58 |
| 08/16/2019 | | ACH WITHDRAWAL GUARDIAN/BERKSH INS. PREM. 190816 | 338.02 | | 175,819.58 |
| 08/16/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX8177 | 66.34 | | 176,157.60 |
| 08/16/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 4.00 | | 176,223.94 |
| 08/16/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 400.00 | | 176,227.94 |
| 08/16/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 02577300 NNT PORTOFINO W MIAMI BEA FL XXXXXXXXXXXX8177 | 42.67 | | 176,627.94 |
| 08/16/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *RIDE WE SAN FRANC CA XXXXXXXXXXXX8177 | 7.91 | | 176,670.61 |
| 08/16/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 34.29 | | 176,678.52 |
| 08/15/2019 | 1058 | CHECK | 1,918.00 | | 176,712.81 |
| 08/15/2019 | | ACH WITHDRAWAL NewYorkLife-TPFL INSURANCE 190815 | 208.25 | | 178,630.81 |

| | | AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | | | |
|---|---|---|---|---|---|
| 08/15/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX8177 | 400.00 | | 178,843.06 |
| 08/15/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX8177 | 198.76 | | 179,243.06 |
| 08/15/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 7TH AVE ARISTOC NEW YORK NY XXXXXXXXXXXX8177 | 33.87 | | 179,441.82 |
| 08/15/2019 | | ACH CREDIT National Securit PAYROLL 190815 | | 142,214.99 | 179,475.69 |
| 08/14/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 12028881 LYFT *RIDE WE SAN FRANC CA XXXXXXXXXXXX8177 | 12.54 | | 37,260.70 |
| 08/14/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX8177 | 37.45 | | 37,273.24 |
| 08/14/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX8177 | 63.34 | | 37,310.69 |
| 08/14/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 7TH AVE ARISTOC NEW YORK NY XXXXXXXXXXXX8177 | 40.25 | | 37,374.03 |
| 08/14/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CALL ME GABY MIAMI BEA FL XXXXXXXXXXXX8177 | 76.43 | | 37,414.28 |
| 08/14/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 GARDENIA DELI NEW YORK NY XXXXXXXXXXXX8177 | 25.45 | | 37,490.71 |
| 08/13/2019 | | ACH WITHDRAWAL DIRECTV Payment 190813 | 70.53 | | 37,516.16 |
| 08/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SQ *SQ *PORTOFI | 42.94 | | 37,586.69 |

| | | | | | |
|---|---|---|---|---|---|
| | | MIAMI BEA FL XXXXXXXXXXXX8177 | | | |
| 08/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 EXPERIAN* CREDI 479-34362 CA XXXXXXXXXXXX8177 | 21.95 | | 37,629.63 |
| 08/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SEAMLSSDORAKUSU 800256102 NY XXXXXXXXXXXX8177 | 72.67 | | 37,651.58 |
| 08/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BAM BAM CN5 HOUSTON TX XXXXXXXXXXXX8177 | 21.46 | | 37,724.25 |
| 08/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CIBO EXPRESS CN HOUSTON TX XXXXXXXXXXXX8177 | 12.97 | | 37,745.71 |
| 08/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 50.96 | | 37,758.68 |
| 08/12/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 02577300 NNT PORTOFINO W MIAMI BEA FL XXXXXXXXXXXX8177 | 77.21 | | 37,809.64 |
| 08/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SOUNDBALANCE MI MIAMI FL XXXXXXXXXXXX8177 | 64.19 | | 37,886.85 |
| 08/12/2019 | | NTWK BILL PYMT DB TERMINAL 004 NETFLIX COM LOS GATOS CA XXXXXXXXXXXX8177 | 14.04 | | 37,951.04 |
| 08/12/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 03936376 ERMENEGILDO ZEG ASPEN CO XXXXXXXXXXXX8177 | 273.25 | | 37,965.08 |
| 08/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BRUNELLESCHI S ASPEN CO XXXXXXXXXXXX8177 | 124.11 | | 38,238.33 |
| 08/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UNITED 800-932-2 TX XXXXXXXXXXXX8177 | 189.00 | | 38,362.44 |
| 08/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE | 60.29 | | 38,551.44 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | TERMINAL 12345678 TATANKA BISTRO ASPEN CO XXXXXXXXXXXXX8177 |  |  |  |  |
| 08/12/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CHELSEA MARKET NEW YORK NY XXXXXXXXXXXX8177 | 4.00 |  |  | 38,611.73 |
| 08/12/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CHELSEA MARKET NEW YORK NY XXXXXXXXXXXX8177 | 32.23 |  |  | 38,615.73 |
| 08/12/2019 | DEBIT CARD CREDIT POS DEPOSIT TERMINAL 12345678 UNITED 800-932-2 TX XXXXXXXXXXXX8177 |  | 45.00 |  | 38,647.96 |
| 08/12/2019 | DEBIT CARD CREDIT POS DEPOSIT TERMINAL 12345678 THEORY LLC EAST HAMP NY XXXXXXXXXXXX8177 |  | 211.82 |  | 38,602.96 |
| 08/09/2019 | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL 9901M ASPEN ASPEN CO XXXXXXXXXXXX8177 | 3.00 |  |  | 38,391.14 |
| 08/09/2019 | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL 9901M ASPEN ASPEN CO XXXXXXXXXXXX8177 | 400.00 |  |  | 38,394.14 |
| 08/09/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 WINE ON NINE NEW YORK NY XXXXXXXXXXXX8177 | 4.00 |  |  | 38,794.14 |
| 08/09/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 WINE ON NINE NEW YORK NY XXXXXXXXXXXX8177 | 41.36 |  |  | 38,798.14 |
| 08/09/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 NYCTAXI1V15 LONG ISLA NY XXXXXXXXXXXX8177 | 22.55 |  |  | 38,839.50 |
| 08/09/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SQ *SQ *COLORAD BROOMFIEL CO XXXXXXXXXXXX8177 | 630.00 |  |  | 38,862.05 |
| 08/08/2019 | INTEREST |  | 26.58 |  | 39,492.05 |
| 08/08/2019 | ATM SURCHARGE REBATE SURCHARGE REBATE |  | 8.75 |  | 39,465.47 |
| 08/08/2019 | DEBIT CARD PURCHASE POS PURCHASE | 4.00 |  |  | 39,456.72 |

| | | NEW YORK NY XXXXXXXXXXXXX8177 | | | |
|---|---|---|---|---|---|
| 08/08/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CHELSEA MARKET NEW YORK NY XXXXXXXXXXXX8177 | 33.75 | | 39,460.72 |
| 08/07/2019 | | ACH WITHDRAWAL BMWFINANCIAL SVS BMWFS PYMT 190807 | 363.00 | | 39,494.47 |
| 08/07/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CORNER BAR SAG HARBO NY XXXXXXXXXXXX8177 | 47.29 | | 39,857.47 |
| 08/06/2019 | | ACH WITHDRAWAL FPL DIRECT DEBIT ELEC PYMT 190806 | 143.29 | | 39,904.76 |
| 08/06/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 0001 THE UPS STORE # SAG HARBO NY XXXXXXXXXXXX8177 | 53.41 | | 40,048.05 |
| 08/06/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 WINE ON NINE NEW YORK NY XXXXXXXXXXXX8177 | 4.00 | | 40,101.46 |
| 08/06/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 WINE ON NINE NEW YORK NY XXXXXXXXXXXX8177 | 41.36 | | 40,105.46 |
| 08/06/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CHELSEA MARKET NEW YORK NY XXXXXXXXXXXX8177 | 42.25 | | 40,146.82 |
| 08/06/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SHEER SCIENCE FARMINGDA NY XXXXXXXXXXXX8177 | 119.90 | | 40,189.07 |
| 08/06/2019 | | DEBIT CARD CREDIT POS DEPOSIT TERMINAL 12345678 THEORY LLC SOUTHAMPT NY XXXXXXXXXXXX8177 | | 163.28 | 40,308.97 |
| 08/05/2019 | 1087 | CHECK | 60.00 | | 40,145.69 |
| 08/05/2019 | 1035 | CHECK | 4,687.00 | | 40,205.69 |
| 08/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UNITED 800-932-2 TX XXXXXXXXXXXX8177 | 751.00 | | 44,892.69 |

| | | | | | |
|---|---|---|---|---|---|
| | | TERMINAL 12345678 THEORY LLC EAST HAMP NY XXXXXXXXXXXX8177 | | | |
| 08/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 THE WAGNER HOTE NEW YORK NY XXXXXXXXXXXX8177 | 902.06 | | 45,855.51 |
| 08/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE FR 855280027 CA XXXXXXXXXXXX8177 | 301.92 | | 46,757.57 |
| 08/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 KITES OF THE HA SAG HARBO NY XXXXXXXXXXXX8177 | 99.96 | | 47,059.49 |
| 08/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PAGE AT 63 MAIN SAG HARBO NY XXXXXXXXXXXX8177 | 491.47 | | 47,159.45 |
| 08/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PJ CLARKES ON T NEW YORK NY XXXXXXXXXXXX8177 | 35.11 | | 47,650.92 |
| 08/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CLASSIC CAR CLU NEW YORK NY XXXXXXXXXXXX8177 | 195.98 | | 47,686.03 |
| 08/02/2019 | 1060 | CHECK | 4,000.00 | | 47,882.01 |
| 08/02/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL INYN0064 *21ST AND 1ST NEW YORK NY XXXXXXXXXXXX8177 | 3.00 | | 51,882.01 |
| 08/02/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL INYN0064 *21ST AND 1ST NEW YORK NY XXXXXXXXXXXX8177 | 300.00 | | 51,885.01 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PIER A NEW YORK NY XXXXXXXXXXXX8177 | 49.00 | | 52,185.01 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 INATTESO PIZZAB NEW YORK NY XXXXXXXXXXXX8177 | 78.80 | | 52,234.01 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 EXPERIAN* CREDI 479-34362 CA XXXXXXXXXXXX8177 | 1.00 | | 52,312.81 |

| Date | Check # | Description | Debit | Credit | Balance |
|------|---------|-------------|-------|--------|---------|
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 THEORY LLC NEW YORK NY XXXXXXXXXXXX8177 | 1,302.27 | | 52,313.81 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TAXI SVC LONG I LONG ISLA NY XXXXXXXXXXXX8177 | 12.96 | | 53,616.08 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CAFETERIA NEW YORK NY XXXXXXXXXXXX8177 | 31.78 | | 53,629.04 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CREATIVE 1 LONG ISLA NY XXXXXXXXXXXX8177 | 16.55 | | 53,660.82 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 9.99 | | 53,677.37 |
| 08/02/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX8177 | 34.99 | | 53,687.36 |
| 08/02/2019 | | WIRE XFR OUT DOMSTC | 55,000.00 | | 53,722.35 |
| 08/02/2019 | | IN-BRANCH XFR CREDIT TRANSFER FROM DEPOSIT ACCOUNT 06500898406 | | 55,000.00 | 108,722.35 |
| 08/01/2019 | 4143474 | CHECK | 927.57 | | 53,722.35 |
| 08/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SQ *SQ *197 8TH NEW YORK NY XXXXXXXXXXXX8177 | 62.95 | | 54,649.92 |
| 08/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 NYCTAXI1T64 LONG ISLA NY XXXXXXXXXXXX8177 | 22.55 | | 54,712.87 |
| 08/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 7TH AVE ARISTOC NEW YORK NY XXXXXXXXXXXX8177 | 48.67 | | 54,735.42 |
| 08/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 NYCTAXI3F99 LONG ISLA NY XXXXXXXXXXXX8177 | 14.15 | | 54,784.09 |
| 08/01/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CORNER BAR SAG | 47.25 | | 54,798.24 |

| | | | | | |
|---|---|---|---|---|---|
| | | HARBO NY XXXXXXXXXXXX8177 | | | |
| 08/01/2019 | | NOTE PAYMENT AUTOMATIC LOAN PAY | 10,986.00 | | 54,845.49 |

# WEALTH ADVANTAGE CHECKING, *8406

**All transactions for the last 60 days**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 08/19/2019 | | ONLINE/PHONE XFR IN FR ACC 06500898022 DATE: 08-18-19 TIME: 12:29:04 | | 77,000.00 | 97,125.65 |
| 08/08/2019 | | INTEREST | | 19.04 | 20,125.65 |
| 08/02/2019 | | IN-BRANCH XFR DEBIT TRANSFER TO DEPOSIT ACCOUNT 06500898022 | 55,000.00 | | 20,106.61 |
| 07/15/2019 | | CHECKING WITHDRAWAL BR 653 | 120,000.00 | | 75,106.61 |
| 07/15/2019 | | DEPOSIT BR 653 | | 75,000.00 | 195,106.61 |



## REGULAR SHARE SAVINGS

Last Updated: 9/10/2019 5:05 PM

**Current Balance**
**$3,027.15**

| Date | | Description | Amount |
|------|---|-------------|--------|
| **AUG 31** 2019 | | Dividend Interest Income | + $0.36 $3,027.15 |

### Details

**Category:**
Interest Income ✎

**Online Description:**
Dividend ✎

**Description:**
DIVIDEND

**Date:**
8/31/2019

**Type:**
Credit

| Date | | Description | Amount |
|------|---|-------------|--------|
| **AUG 27** 2019 | | Transfer Transfer | − $1,510.00 $3,026.79 |
| **JUL 31** 2019 | | Dividend Interest Income | + $0.34 $4,536.79 |
| **JUL 29** 2019 | | Deposit Income | + $2,045.00 $4,536.45 |
| **JUL 27** 2019 | | Transfer Transfer | − $1,515.00 $2,491.45 |

In re  Rick Alan Davidson                                    Case No.  19-11486
       Debtor                                     Reporting Period:  8-31-19

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      | **Total Cash Disbursements** | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | SEE ATTACHED |    |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      |       |         |        |         |
|      | **Total Bank Account Disbursements** | | | |

| **Total Disbursements for the Month** | |
|---|---|

Rick Alan Davidson
Case #19-11486
Reporting Period 8/31/19
Bank Account Disbursements

| DATE | PAYEE | PURPOSE | AMOUNT | CHECK # |
|------|-------|---------|--------|---------|
| 8/1/2019 | Note Payment | Mortgage | 10,986.00 | |
| 8/1/2019 | Corner Bar | Food | 47.25 | |
| 8/1/2019 | NYC Taxi | Travel & Ent | 14.15 | |
| 8/1/2019 | 7th Ave Aristoc | Household | 48.67 | |
| 8/1/2019 | NYC Taxi | Travel & Ent | 22.55 | |
| 8/1/2019 | SQ 197 8th New York NY | Household | 62.95 | |
| 8/1/2019 | Check - Range Rover | Lease | 927.57 | 4143474 |
| 8/2/2019 | Transfer to Acct 8406 | Transfer | 55,000.00 | |
| 8/2/2019 | Itunes | Travel & Ent | 34.99 | |
| 8/2/2019 | Itunes | Travel & Ent | 9.99 | |
| 8/2/2019 | Creative 1 | Household | 16.55 | |
| 8/2/2019 | Cafeteria | Food | 31.78 | |
| 8/2/2019 | Taxi | Travel & Ent | 12.96 | |
| 8/2/2019 | Theory LLC | Household | 1,302.27 | |
| 8/2/2019 | Experian | Household | 1.00 | |
| 8/2/2019 | Inatteso Pizzabar | Food | 78.80 | |
| 8/2/2019 | Pier A | Food | 49.00 | |
| 8/2/2019 | ATM | Household | 300.00 | |
| 8/2/2019 | ATM Surcharge | Bank Fees | 3.00 | |
| 8/5/2019 | Check - Chubb Insurance | Insurance | 4,000.00 | 1060 |
| 8/5/2019 | Classic Car Club | Subscriptions | 195.98 | |
| 8/5/2019 | PJ Clarkes | Food | 35.11 | |
| 8/5/2019 | Page at 63 Main | Food | 491.47 | |
| 8/5/2019 | Kites of the Harbor | Travel & Ent | 99.96 | |
| 8/5/2019 | Lyft | Travel & Ent | 301.92 | |
| 8/5/2019 | The Wagner Hotel | Travel & Ent | 902.06 | |
| 8/5/2019 | Theory LLC | Household | 211.82 | |
| 8/5/2019 | United | Travel & Ent | 751.00 | |
| 8/5/2019 | Check - Moving Costs | Household | 4,687.00 | 1035 |
| 8/5/2019 | Check - Misc | Household | 60.00 | 1087 |
| 8/6/2019 | Theory LLC | Household | (163.28) | |
| 8/6/2019 | Sheer Science | Household | 119.90 | |
| 8/6/2019 | Chelsea Market | Food | 42.25 | |
| 8/6/2019 | Wine on Nine | Food | 41.36 | |
| 8/6/2019 | Wine on Nine | Food | 4.00 | |
| 8/6/2019 | The UPS Store | Household | 53.41 | |
| 8/6/2019 | FPL Direct Debit Elec | Utilities | 143.29 | |
| 8/7/2019 | Corner Bar | Food | 47.29 | |
| 8/7/2019 | BMW Financial | Lease | 363.00 | |
| 8/8/2019 | Chelsea Market | Food | 33.75 | |
| 8/8/2019 | Misc Unclear Small Amount | Household | 4.00 | |
| 8/9/2019 | SQ * Colorado Broomfiel | Travel & Ent | 630.00 | |
| 8/9/2019 | NYC Taxi | Travel & Ent | 22.55 | |
| 8/9/2019 | Wine on Nine | Food | 41.36 | |
| 8/9/2019 | Wine on Nine | Food | 4.00 | |
| 8/9/2019 | ATM | Household | 400.00 | |
| 8/9/2019 | ATM Surcharge | Bank Fees | 3.00 | |

| Date | Description | Category | Amount | Check |
|---|---|---|---|---|
| 8/12/2019 | Theory LLC | Household | (211.82) | |
| 8/12/2019 | United | Travel & Ent | (45.00) | |
| 8/12/2019 | Chelsea Market | Food | 32.23 | |
| 8/12/2019 | Chelsea Market | Food | 4.00 | |
| 8/12/2019 | Tatanka Bistro | Food | 60.29 | |
| 8/12/2019 | United | Travel & Ent | 189.00 | |
| 8/12/2019 | Brunelleschi | Food | 124.11 | |
| 8/12/2019 | Ermenegildo Zeg | Household | 273.25 | |
| 8/12/2019 | Netflix | Travel & Ent | 14.04 | |
| 8/12/2019 | Soundbalance | Household | 64.19 | |
| 8/12/2019 | Portofino | Food | 77.21 | |
| 8/13/2019 | Itunes | Travel & Ent | 50.96 | |
| 8/13/2019 | CIBO Express | Food | 12.97 | |
| 8/13/2019 | Bam Bam CN5 | Food | 21.46 | |
| 8/13/2019 | Seamless | Household | 72.67 | |
| 8/13/2019 | Experian | Household | 21.95 | |
| 8/13/2019 | Portofino | Food | 42.94 | |
| 8/13/2019 | DIRECTV | Travel & Ent | 70.53 | |
| 8/14/2019 | Gardenia Deli | Food | 25.45 | |
| 8/14/2019 | Call Me Gaby | Food | 76.43 | |
| 8/14/2019 | 7th Ave Aristoc | Food | 40.25 | |
| 8/14/2019 | The Patio | Food | 63.34 | |
| 8/14/2019 | Beach Gol | Food | 37.45 | |
| 8/14/2019 | Lyft | Travel & Ent | 12.54 | |
| 8/15/2019 | 7th Ave Aristoc | Food | 33.87 | |
| 8/15/2019 | Smith & Wollens | Food | 198.76 | |
| 8/15/2019 | ATM | Household | 400.00 | |
| 8/15/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 8/15/2019 | NewYorkLife | Insurance | 208.25 | |
| 8/15/2019 | Check - ALG Innovations | Insurance | 1,918.00 | 1058 |
| 8/16/2019 | The Patio | Food | 34.29 | |
| 8/16/2019 | Lyft | Travel & Ent | 7.91 | |
| 8/16/2019 | Portofino | Food | 42.67 | |
| 8/16/2019 | ATM | Household | 400.00 | |
| 8/16/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 8/16/2019 | Beach Gol | Food | 66.34 | |
| 8/16/2019 | Guardian Berkshire Ins Prem | Insurance | 338.02 | |
| 8/16/2019 | Check - Parents | Household | 1,000.00 | 1082 |
| 8/19/2019 | Transfer to Acct 8406 | Transfer | 77,000.00 | |
| 8/19/2019 | Prime Italian | Food | 191.49 | |
| 8/19/2019 | Legacy Research | Subscriptions | 295.00 | |
| 8/19/2019 | The Patio | Food | 49.53 | |
| 8/19/2019 | Beach Gol | Food | 58.85 | |
| 8/19/2019 | GOGO Fresh Food | Food | 22.49 | |
| 8/19/2019 | Bed Bath & Beyond | Household | 498.86 | |
| 8/19/2019 | Bed Bath & Beyond | Household | 240.22 | |
| 8/19/2019 | Bed Bath & Beyond | Household | 171.17 | |
| 8/19/2019 | Walgreens | Household | 87.90 | |
| 8/19/2019 | Macchialina | Food | 360.52 | |
| 8/19/2019 | Vape N Smoke | Household | 10.69 | |
| 8/19/2019 | Itunes | Travel & Ent | 9.99 | |
| 8/19/2019 | The Patio | Food | 154.62 | |
| 8/19/2019 | Seamless | Food | 31.98 | |

| Date | Payee | Category | Amount | Check # |
|------|-------|----------|-------:|--------:|
| 8/19/2019 | Beach Gol | Food | 37.45 | |
| 8/19/2019 | Call Me Gaby | Food | 237.52 | |
| 8/19/2019 | Wine on Nine | Food | 53.33 | |
| 8/19/2019 | Wine on Nine | Food | 3.00 | |
| 8/19/2019 | Lucky's Famous Burgers | Food | 19.70 | |
| 8/19/2019 | Lucky's Famous Burgers | Food | 6.26 | |
| 8/19/2019 | Bank Fees | Bank Fees | 25.00 | |
| 8/20/2019 | NewYorkLife | Insurance | 117.13 | |
| 8/21/2019 | ATM | Household | 400.00 | |
| 8/21/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 8/21/2019 | Check - Nancy Stearns | See Nancy's Tab | 15,000.00 | 1091 |
| 8/22/2019 | Waterproof Basement | Repairs and Maintenance | 5,280.00 | |
| 8/22/2019 | Portofino | Food | 11.81 | |
| 8/23/2019 | Waterstone Resort | Food | 149.38 | |
| 8/23/2019 | Lyft | Travel & Ent | 142.93 | |
| 8/23/2019 | CSN Collectible | Household | 149.95 | |
| 8/23/2019 | ATM | Household | 500.00 | |
| 8/23/2019 | ATM Surcharge | Bank Fees | 5.00 | |
| 8/23/2019 | Beach Gol | Food | 37.45 | |
| 8/23/2019 | Check - Parents | Household | 2,000.00 | 1074 |
| 8/26/2019 | BP | Travel & Ent | 17.07 | |
| 8/26/2019 | TMF Motley Fool | Subscriptions | 99.00 | |
| 8/26/2019 | Techmobile | Household | 85.24 | |
| 8/26/2019 | Smith & Wollens | Food | 37.44 | |
| 8/26/2019 | Prime Italian | Food | 159.58 | |
| 8/26/2019 | CMS Vending | Food | 2.10 | |
| 8/26/2019 | Alton Road Nurseries | Household | 581.46 | |
| 8/26/2019 | Lyft | Travel & Ent | 25.27 | |
| 8/26/2019 | Liquor Mart | Food | 76.99 | |
| 8/26/2019 | BP | Travel & Ent | 6.52 | |
| 8/26/2019 | Lyft | Travel & Ent | 27.05 | |
| 8/26/2019 | Lyft | Travel & Ent | 143.59 | |
| 8/26/2019 | Lyft | Travel & Ent | 18.32 | |
| 8/26/2019 | Lyft | Travel & Ent | 18.14 | |
| 8/27/2019 | Santorini Greek | Food | 138.62 | |
| 8/27/2019 | Rob Booker | Subscriptions | 1,497.00 | |
| 8/27/2019 | Suffolk County Utilities | Utilities | 580.33 | |
| 8/28/2019 | Waterstone Resort | Food | 538.29 | |
| 8/28/2019 | Verizon Wireless | Utilities | 203.28 | |
| 8/28/2019 | Lyft | Travel & Ent | 152.58 | |
| 8/28/2019 | Lyft | Travel & Ent | 157.33 | |
| 8/29/2019 | ATM | Household | 800.00 | |
| 8/29/2019 | ATM Surcharge | Bank Fees | 8.00 | |
| 8/29/2019 | Beach Gol | Food | 37.45 | |
| 8/29/2019 | Check - US Trustee Fees | US Trustee Fees | 325.00 | 1093 |
| 8/30/2019 | Transfer - Alimony | Alimony | 17,000.00 | |
| 8/30/2019 | Transfer - Rent | Rent | 8,000.00 | |
| 8/30/2019 | The Patio | Food | 27.86 | |
| **Total** | | | **222,388.96** | |

In re  Rick Alan Davidson
_____
    Debtor

Case No.  19-11486
Reporting Period:  8-31-19

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | $1,500,000.00 | $1,500,000.00 |
| *TOTAL REAL PROPERTY ASSETS* | $1,500,000.00 | $1,500,000.00 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | $140,845.65 | $7,049.43 |
| Security Deposits | 21,000.00 | 21,000.00 |
| Household Goods & Furnishings | 5,000.00 | 5,000.00 |
| Books, Pictures, Art | 5,000.00 | 5,000.00 |
| Wearing Apparel | 4,000.00 | 4,000.00 |
| Furs and Jewelry | 8,000.00 | 8,000.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 190,000.00 | 135,000.00 |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | 2,400.00 | 2,400.00 |
| Accounts Receivable | 130,000.00 | 130,000.00 |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | . |
| Customer Lists | | |
| Autos. Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| *TOTAL PERSONAL PROPERTY* | $506,245.65 | $317,449.43 |
| * *TOTAL ASSETS* | $2,006,245.65 | $1,817,449.43 |

*Assets do not include debtor's claim against Jefferies and Epstein, which claims are in an undetermined amount.

In re  Rick Alan Davidson                    Case No.  19-11486
        **Debtor**                    Reporting Period:  8-31-19

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpention)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $2,269,000.00 | $2,269,000.00 |
| Priority Debt | 1,113,340.00 | 1,113,340.00 |
| Unsecured Debt | 6,137,153.39 | 6,137,153.39 |
| *TOTAL PRE-PETITION LIABILITIES* | 9,519,493.39 | 9,519,493.39 |
| *TOTAL LIABILITIES* | $9,519,493.39 | $9,519,493.39 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

In re   Rick Alan Davidson
      **Debtor**

Case No.   19-11486
Reporting Period:   8-31-19

Number of Days Past Due

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt (*list creditor*) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re  Rick Alan Davidson                           Case No.  19-11486
_____                      Reporting Period:  8-31-19
       Debtor

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. lithe answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post-petition State or Federal income taxes past due? | | X |
| 7 | Are any post-petition real estate taxes past due? | | X |
| 8 | Are any other post-petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post-petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |