UNITED STATES BANKRUPTCY COURT

Southern     DISTRICT OF   New York

| | |
|---|---|
| In re   Rick Alan Davidson | Case No. 19-11486 |
| **Debtor** | Reporting Period: 9-30-19 |

Social Security # 5900

(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|:---:|:---:|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date 10/11/19

Signature of Joint Debtor _____    Date _____

In re  Rick Alan Davidson                                Case No.  19-11486

Debtor                                                   Reporting Period:  9-30-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $40,692.85 | $0.00 |
| **RECEIPTS** | | |
| Wages (Net) | 100,285.26 | 679,289.68 |
| **Interest and Dividend Income** | 26.92 | 53.50 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 115,048.00 | 298,638.18 |
| **Total Receipts** | 215,360.18 | 977,981.36 |
| **DISBURSEMENTS** | | |
| **ORDINARYITEMS:** | | |
| Mortgage Payment(s) | 10,986.00 | 43,944.00 |
| Rental Payment(s) | - | 32,000.00 |
| **Other Secured Note Payments** | | |
| Utilities | 868.18 | 9,617.20 |
| Insurance | 4,699.47 | 24,914.49 |
| Auto Expense | 101.59 | 646.61 |
| Lease Payments | 1,290.65 | 6,090.01 |
| IRA Contributions | | |
| Repairs and Maintenance | 15,991.00 | 37,072.57 |
| Medical Expenses | 50.00 | 50.00 |
| Food, Clothing, Hygiene | 4,164.28 | 20,742.43 |
| Charitable Contributions | 1,000.00 | 1,000.00 |
| Alimony and Child Support Payments | - | 68,000.00 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | - | 120,000.00 |
| Travel and Entertainment | 4,639.56 | 26,231.60 |
| Gifts | | |
| Other (attach schedule) | 59,249.89 | 433,685.04 |
| **Total Ordinary Disbursements** | $103,040.62 | $823,993.95 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | - | 975.00 |
| Other Reorganization Expenses (*attach schedule*) | | |
| **Total Reorganization Items** | - | 975.00 |
| | | |
| **Total Disbursements** (*Ordinary + Reorganization*) | $103,040.62 | $824,968.95 |
| | | |
| **Net Cash Flow** (*Total Receipts – total Disbursements*) | $112,319.56 | $153,012.41 |
| | | |
| **Cash - End of Month** (*Must equal reconciled bank statement*) | $153,012.41 | $153,012.41 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| ATM Surcharge Rebate | $48.00 | $101.00 |
| Transfer | 115,000.00 | 298,017.28 |
| Medical Reimbursement | - | 519.90 |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| 2019 Federal Income Tax | - | 120,000.00 |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Advertising | - | 1,500.00 |
| Bank Fees | 63.50 | 289.50 |
| Household | 11,341.39 | 47,656.22 |
| Transfers | 44,000.00 | 318,151.61 |
| Transfer SEP IRA | - | 55,000.00 |
| Business Subscriptions | 3,845.00 | 11,087.71 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | $103,040.62 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 44,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $59,040.62 |

In re  Rick Alan Davidson                           Case No.  19-11486
       Debtor                               Reporting Period:  9-30-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $97,125.65 | $0.00 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | 31.48 | 50.52 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | 44,000.00 | 316,106.61 |
| **Total Receipts** | 44,031.48 | 316,157.13 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 115,000.00 | 290,000.00 |
| **Total Ordinary Disbursements** | 115,000.00 | 290,000.00 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** (Ordinary + Reorganization) | $115,000.00 | $290,000.00 |
| | | |
| **Net Cash Flow** (Total Receipts – total Disbursements) | ($70,968.52) | $26,157.13 |
| | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | $26,157.13 | $26,157.13 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from Account No. 8022 | $44,000.00 | $316,106.61 |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Transfer to Account No. 8022 | 115,000.00 | 290,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $115,000.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 115,000.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $0.00 |

In re <u>Rick Alan Davidson</u>                     Case No. <u>19-11486</u>
      Debtor                                         Reporting Period: <u>9-30-19</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $3,027.15 | $7,049.43 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | .23 | 1.95 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (Wide,' schedule) | - | 2,045.00 |
| **Total Receipts** | .23 | 2,046.95 |
| **DISBURSEMENTS** | | |
| **ORDINARYITEMS:** | | |
| Mortgage Payment(s) | 1,505.00 | 7,574.00 |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | 1,505.00 | 7,574.00 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** (Ordinary + Reorganization) | $1,505.00 | $7,574.00 |
| | | |
| **Net Cash Flow** (Total Receipts – total Disbursements) | ($1,504.77) | ($5,527.05) |
| | | |
| **Cash - End of Month** (Must equal reconciled bank statement) | $1,522.38 | $1,522.38 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from Account No. 8022 | - | 2,045.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $1,505.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $1,505.00 |

In re  Rick Alan Davidson                          Case No.  19-11486
        Debtor                               Reporting Period:  9-30-19

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted

for this page. (Bank account numbers may be redacted to last four numbers.)

| | Operating #8022 | Payroll # | Tax #8406 | Other #1660 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $153,012.41 | | $26,157.13 | $1,522.38 |
| | | | | |
| BANK BALANCE | $153,012.41 | | $26,157.13 | $1,522.38 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | | | | |
| OTHER (ATTACH EXPLANATION) | | | | |
| | | | | |
| ADJUSTED BANK BALANCE * | $153,012.41 | | $26,157.13 | $1,522.38 |

* "Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| ... | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

_____

_____

_____

_____

_____

# WEALTH ADVANTAGE CHECKING, *8022

### All completed transactions from 08/30/2019 to 09/30/2019

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 09/30/2019 | 1050 | OTC CHECK BR 653 | 1,445.00 | | 153,012.41 |
| 09/30/2019 | 1044 | CHECK | 300.00 | | 154,457.41 |
| 09/30/2019 | | ACH WITHDRAWAL OPTIMUM 7839 CABLE PMNT 190930 | 191.22 | | 154,757.41 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 THE ROYAL PALM MIAMI BEA FL XXXXXXXXXXXX2090 | 181.63 | | 154,948.63 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX2090 | 43.16 | | 155,130.26 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX2090 | 49.53 | | 155,173.42 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 VERIZON WRLS IV FOLSOM CA XXXXXXXXXXXX2090 | 205.87 | | 155,222.95 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MARKETBEAT.COM 800436102 SD XXXXXXXXXXXX2090 | 399.00 | | 155,428.82 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX2090 | 178.24 | | 155,827.82 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX2090 | 2.99 | | 156,006.06 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX2090 | 22.79 | | 156,009.05 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SA 855280027 CA XXXXXXXXXXXX2090 | 24.31 | | 156,031.84 |

| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* AMARA AT P MIAMI FL XXXXXXXXXXXX2090 | 325.68 | | 156,056.15 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* AMARA AT P MIAMI FL XXXXXXXXXXXX2090 | 33.08 | | 156,381.83 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CLKBANK*COM LGH 800-390-6 ID XXXXXXXXXXXX2090 | 162.90 | | 156,414.91 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 APL*ITUNES.COM/ 866-712-7 CA XXXXXXXXXXXX2090 | 4.99 | | 156,577.81 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SP * LINENSANDH 727216675 FL XXXXXXXXXXXX2090 | 208.65 | | 156,582.80 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRICELN*ROYAL P 800-657-9 CT XXXXXXXXXXXX2090 | 153.97 | | 156,791.45 |
| 09/30/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 30513308 CVS/PHARM 05133 MIAMI BEA FL XXXXXXXXXXXX2090 | 51.50 | | 156,945.42 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 UNITED 800-932-2 TX XXXXXXXXXXXX2090 | 266.60 | | 156,996.92 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SA 855280027 CA XXXXXXXXXXXX2090 | 42.30 | | 157,263.52 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 1 HOTEL SOUTH B MIAMI BEA FL XXXXXXXXXXXX2090 | 459.91 | | 157,305.82 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PUBLIX VIA INST 888246782 CA XXXXXXXXXXXX2090 | 219.59 | | 157,765.73 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MIAMI BEACH DEL MIAMI BEA FL XXXXXXXXXXXX2090 | 44.39 | | 157,985.32 |

| Date | Check | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX2090 | 78.58 | | 158,029.71 |
| 09/30/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRIME ITALIAN MIAMI BEA FL XXXXXXXXXXXX2090 | 269.23 | | 158,108.29 |
| 09/27/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 4.00 | | 158,377.52 |
| 09/27/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 400.00 | | 158,381.52 |
| 09/27/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOLO S SURF CAN MIAMI BEA FL XXXXXXXXXXXX2090 | 120.65 | | 158,781.52 |
| 09/26/2019 | 1049 | CHECK | 4,100.00 | | 158,902.17 |
| 09/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 STOCKSTOTRADE 866345457 CA XXXXXXXXXXXX2090 | 7.00 | | 163,002.17 |
| 09/26/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SALT RESTAURANT MIAMI BEA FL XXXXXXXXXXXX2090 | 62.23 | | 163,009.17 |
| 09/26/2019 | | ONLINE/PHONE XFR IN FR ACC █████8406 DATE: 09-26-19 TIME: 17:58:02 | | 115,000.00 | 163,071.40 |
| 09/25/2019 | 1071 | CHECK | 1,138.38 | | 48,071.40 |
| 09/25/2019 | 1046 | CHECK | 400.00 | | 49,209.78 |
| 09/25/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 4.00 | | 49,609.78 |
| 09/25/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 400.00 | | 49,613.78 |
| 09/25/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOBSTER SHACK | 38.53 | | 50,013.78 |

| | | MIAMI BEA FL XXXXXXXXXXXX2090 | | | |
|---|---|---|---|---|---|
| 09/24/2019 | 1062 | CHECK | 733.40 | | 50,052.31 |
| 09/24/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX2090 | 37.45 | | 50,785.71 |
| 09/24/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOBSTER SHACK MIAMI BEA FL XXXXXXXXXXXX2090 | 26.75 | | 50,823.16 |
| 09/23/2019 | 1043 | CHECK | 3,473.00 | | 50,849.91 |
| 09/23/2019 | 1040 | CHECK | 700.00 | | 54,322.91 |
| 09/23/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX2090 | 80.25 | | 55,022.91 |
| 09/23/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 4.00 | | 55,103.16 |
| 09/23/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 400.00 | | 55,107.16 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX2090 | 57.30 | | 55,507.16 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MIAMI BEACH BIC MIAMI BEA FL XXXXXXXXXXXX2090 | 42.79 | | 55,564.46 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PORTOFINO WINE MIAMI BEA FL XXXXXXXXXXXX2090 | 107.83 | | 55,607.25 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* GIANNI'S A MIAMI BEA FL XXXXXXXXXXXX2090 | 97.48 | | 55,715.08 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SA | 16.72 | | 55,812.56 |

| | | | | | |
|---|---|---|---|---|---|
| | | 855280027 CA XXXXXXXXXXXX2090 | | | |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 DELANO GIFT SHO MIAMI BEA FL XXXXXXXXXXXX2090 | 74.90 | | 55,829.28 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BIG PINK RESTAU MIAMI BEA FL XXXXXXXXXXXX2090 | 26.11 | | 55,904.18 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *INCREAS 855280027 CA XXXXXXXXXXXX2090 | 5.00 | | 55,930.29 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SA 855280027 CA XXXXXXXXXXXX2090 | 48.28 | | 55,935.29 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE FR 855280027 CA XXXXXXXXXXXX2090 | 14.97 | | 55,983.57 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOBSTER SHACK MIAMI BEA FL XXXXXXXXXXXX2090 | 61.12 | | 55,998.54 |
| 09/23/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOBSTER SHACK MIAMI BEA FL XXXXXXXXXXXX2090 | 95.10 | | 56,059.66 |
| 09/23/2019 | | ONLINE/PHONE XFR OUT TO ACC ███████8406 DATE: 09-22-19 TIME: 04:44:05 | 44,000.00 | | 56,154.76 |
| 09/20/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 4.00 | | 100,154.76 |
| 09/20/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 400.00 | | 100,158.76 |
| 09/20/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 THE BETSY HOTEL MIAMI BEA FL XXXXXXXXXXXX2090 | 307.03 | | 100,558.76 |
| 09/19/2019 | 1063 | CHECK | 700.00 | | 100,865.79 |
| 09/19/2019 | | ACH WITHDRAWAL COLONIAL PENN | 285.75 | | 101,565.79 |

| Date | Check # | Description | Amount | | Balance |
|---|---|---|---|---|---|
| | | CPENN2 190919 | | | |
| 09/18/2019 | 1075 | CHECK | 415.00 | | 101,851.54 |
| 09/18/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 4.00 | | 102,266.54 |
| 09/18/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 400.00 | | 102,270.54 |
| 09/18/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOLOS SURF CANT MIAMI BEA FL XXXXXXXXXXXX2090 | 195.26 | | 102,670.54 |
| 09/18/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOBSTER SHACK MIAMI BEA FL XXXXXXXXXXXX2090 | 35.04 | | 102,865.80 |
| 09/17/2019 | 1070 | CHECK | 2,110.00 | | 102,900.84 |
| 09/17/2019 | 1034 | CHECK | 487.00 | | 105,010.84 |
| 09/16/2019 | 1042 | CHECK | 3,764.00 | | 105,497.84 |
| 09/16/2019 | 1038 | CHECK | 409.00 | | 109,261.84 |
| 09/16/2019 | | ACH WITHDRAWAL GUARDIAN/BERKSH INS. PREM. 190916 | 169.01 | | 109,670.84 |
| 09/16/2019 | | ACH WITHDRAWAL NewYorkLife-TPFL INSURANCE 190916 | 208.25 | | 109,839.85 |
| 09/16/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 4.00 | | 110,048.10 |
| 09/16/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX2090 | 400.00 | | 110,052.10 |
| 09/13/2019 | 1067 | CHECK | 300.00 | | 110,452.10 |
| 09/13/2019 | 1065 | CHECK | 4,500.00 | | 110,752.10 |
| 09/13/2019 | | ACH WITHDRAWAL DIRECTV Payment 190913 | 74.93 | | 115,252.10 |

| | | | | | |
|---|---|---|---|---|---|
| 09/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX3450 | 50.60 | | 115,327.03 |
| 09/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CALL ME GABY MIAMI BEA FL XXXXXXXXXXXX3450 | 63.87 | | 115,377.63 |
| 09/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 JOES STONE CRAB MIAMI BEA FL XXXXXXXXXXXX3450 | 68.36 | | 115,441.50 |
| 09/13/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MARRIOTT SOUTH MIAMI FL XXXXXXXXXXXX3450 | 507.91 | | 115,509.86 |
| 09/13/2019 | | ACH CREDIT National Securit PAYROLL 190913 | | 100,285.26 | 116,017.77 |
| 09/12/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 4.00 | | 15,732.51 |
| 09/12/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 400.00 | | 15,736.51 |
| 09/12/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 4.00 | | 16,136.51 |
| 09/12/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 400.00 | | 16,140.51 |
| 09/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 NETFLIX.COM NETFLIX.C CA XXXXXXXXXXXX3450 | 14.04 | | 16,540.51 |
| 09/12/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOBSTER SHACK MIAMI BEA FL XXXXXXXXXXXX3450 | 44.41 | | 16,554.55 |
| 09/11/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P355523 161 OCEAN DRIVE MIAMI BEA FL XXXXXXXXXXXX3450 | 3.75 | | 16,598.96 |

| | | | | | |
|---|---|---|---|---|---|
| 09/11/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P355523 161 OCEAN DRIVE MIAMI BEA FL XXXXXXXXXXXX3450 | 200.00 | | 16,602.71 |
| 09/11/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P355523 161 OCEAN DRIVE MIAMI BEA FL XXXXXXXXXXXX3450 | 3.75 | | 16,802.71 |
| 09/11/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P355523 161 OCEAN DRIVE MIAMI BEA FL XXXXXXXXXXXX3450 | 200.00 | | 16,806.46 |
| 09/11/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BRAZILIAN MOBIL MIAMI FL XXXXXXXXXXXX3450 | 978.16 | | 17,006.46 |
| 09/11/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 PRICELN*DREAM D 800-774-2 CT XXXXXXXXXXXX3450 | 497.97 | | 17,984.62 |
| 09/11/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SEAMLSSCARROTEX 800256102 NY XXXXXXXXXXXX3450 | 35.19 | | 18,482.59 |
| 09/10/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 4.00 | | 18,517.78 |
| 09/10/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 400.00 | | 18,521.78 |
| 09/10/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX3450 | 59.53 | | 18,921.78 |
| 09/10/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX3450 | 5.66 | | 18,981.31 |
| 09/10/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CHEECA LODGE & ISLAMORAD FL XXXXXXXXXXXX3450 | 135.98 | | 18,986.97 |
| 09/10/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 CHEECA LODGE AN ISLAMORAD FL XXXXXXXXXXXX3450 | 878.42 | | 19,122.95 |

| 09/09/2019 | | INTEREST | | 26.92 | 20,001.37 |
|---|---|---|---|---|---|
| 09/09/2019 | | ATM SURCHARGE REBATE SURCHARGE REBATE | | 48.00 | 19,974.45 |
| 09/09/2019 | | ACH WITHDRAWAL FPL DIRECT DEBIT ELEC PYMT 190909 | 224.21 | | 19,926.45 |
| 09/09/2019 | | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 4.00 | | 20,150.66 |
| 09/09/2019 | | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 400.00 | | 20,154.66 |
| 09/09/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LYFT *RIDE SU 855280027 CA XXXXXXXXXXXX3450 | 8.70 | | 20,554.66 |
| 09/09/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 03025934 BASS PRO STORE ISLAMORAD FL XXXXXXXXXXXX3450 | 112.22 | | 20,563.36 |
| 09/09/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 IFC - ISLAMORAD ISLAMORAD FL XXXXXXXXXXXX3450 | 85.79 | | 20,675.58 |
| 09/09/2019 | | NETWORK POS PURCHASE MERCHANT PURCHASE TERMINAL 12345678 TTSL03 WIFIBOOS 852548915 HK XXXXXXXXXXXX3450 | 79.90 | | 20,761.37 |
| 09/09/2019 | | FLEXIBLE CREDIT INTL FEE REFUND | | 2.40 | 20,841.27 |
| 09/09/2019 | | INTL ASSESSMENT FEE SVC CHG INTRNTL TR AN | 2.40 | | 20,838.87 |
| 09/09/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SEAMLSSBIGPINK 800256102 NY XXXXXXXXXXXX3450 | 76.91 | | 20,841.27 |
| 09/09/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SMITH & WOLLENS MIAMI BEA FL XXXXXXXXXXXX3450 | 74.00 | | 20,918.18 |
| 09/09/2019 | | DEBIT CARD PURCHASE POS PURCHASE | 9.31 | | 20,992.18 |

| | | | | | |
|---|---|---|---|---|---|
| | | TERMINAL 12345678 LYFT *RIDE FR 855280027 CA XXXXXXXXXXXX3450 | | | |
| 09/09/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX3450 | 56.53 | | 21,001.49 |
| 09/09/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 LOLOS SURF CANT MIAMI BEA FL XXXXXXXXXXXX3450 | 103.82 | | 21,058.02 |
| 09/09/2019 | | POS CREDIT/ADJ DEBIT REWARDS LUCKYS FAMOUS B XXXXXXXXXXXX8177 | | 0.31 | 21,161.84 |
| 09/06/2019 | 4783968 | CHECK | 927.57 | | 21,161.53 |
| 09/06/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX3450 | 59.53 | | 22,089.10 |
| 09/05/2019 | | ACH WITHDRAWAL BMWFINANCIAL SVS BMWFS PYMT 190905 | 363.08 | | 22,148.63 |
| 09/05/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX3450 | 59.53 | | 22,511.71 |
| 09/04/2019 | 1095 | CHECK | 700.00 | | 22,571.24 |
| 09/04/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX3450 | 59.53 | | 23,271.24 |
| 09/04/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 MAXIM COVER GIR 480358844 AZ XXXXXXXXXXXX3450 | 300.00 | | 23,330.77 |
| 09/03/2019 | 1098 | CHECK | 381.00 | | 23,630.77 |
| 09/03/2019 | 1097 | CHECK | 1,918.00 | | 24,011.77 |
| 09/03/2019 | | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX3450 | 80.25 | | 25,929.77 |
| 09/03/2019 | | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 BLOOMBERG.COM 415912296 NY XXXXXXXXXXXX3450 | 385.00 | | 26,010.02 |

| | | | | |
|---|---|---|---|---|
| 09/03/2019 | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00000000 MICROSOFT REDMOND WA XXXXXXXXXXXX3450 | 14.99 | | 26,395.02 |
| 09/03/2019 | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00000000 MICROSOFT REDMOND WA XXXXXXXXXXXX3450 | 4.99 | | 26,410.01 |
| 09/03/2019 | NETWORK POS PURCHASE POS PURCHASE TERMINAL 00000000 MICROSOFT REDMOND WA XXXXXXXXXXXX3450 | 3.99 | | 26,415.00 |
| 09/03/2019 | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 8.00 | | 26,418.99 |
| 09/03/2019 | NETWORK ATM W/D CASH WITHDRAWAL TERMINAL P275979 100 SOUTH POINTE D R MIAMI BEA FL XXXXXXXXXXXX3450 | 800.00 | | 26,426.99 |
| 09/03/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 TST* THE PATIO MIAMI BEA FL XXXXXXXXXXXX3450 | 29.86 | | 27,226.99 |
| 09/03/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 STOCKEARNINGS.C 877678625 NY XXXXXXXXXXXX3450 | 244.00 | | 27,256.85 |
| 09/03/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 AZABU MIAMI BEA MIAMI BEA FL XXXXXXXXXXXX3450 | 209.55 | | 27,500.85 |
| 09/03/2019 | NETWORK POS PURCHASE POS PURCHASE TERMINAL 69415374 MIAMI BEACH GOL MIAMI BEA FL XXXXXXXXXXXX3450 | 37.45 | | 27,710.40 |
| 09/03/2019 | DEBIT CARD PURCHASE POS PURCHASE TERMINAL 12345678 SEAMLSSLATINCAF 800256102 NY XXXXXXXXXXXX3450 | 75.33 | | 27,747.85 |
| 09/03/2019 | ATM/POS SURCHARGE SURCHARGE AMOUNT TERMINAL P275979 100 SOUTH | 8.00 | | 27,823.18 |

| | | POINTE D R MIAMI BEA FL<br>XXXXXXXXXXXXX3450 | | | |
|---|---|---|---|---|---|
| 09/03/2019 | | NETWORK ATM W/D CASH WITHDRAWAL<br>TERMINAL P275979 100 SOUTH POINTE D R<br>MIAMI BEA FL XXXXXXXXXXXXX3450 | 800.00 | | 27,831.18 |
| 09/03/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 BRW JR FOUNDATI<br>646443786 NY XXXXXXXXXXXXX3450 | 1,000.00 | | 28,631.18 |
| 09/03/2019 | | DEBIT CARD PURCHASE POS PURCHASE<br>TERMINAL 12345678 LOBSTER SHACK<br>MIAMI BEA FL XXXXXXXXXXXXX3450 | 75.67 | | 29,631.18 |
| 09/03/2019 | | NOTE PAYMENT AUTOMATIC LOAN PAY | 10,986.00 | | 29,706.85 |

# WEALTH ADVANTAGE CHECKING, *8406

**All completed transactions from 09/01/2019 to 09/30/2019**

| Date | Number | Description | Withdrawals | Deposits | Balance |
|------|--------|-------------|-------------|----------|---------|
| 09/26/2019 | | ONLINE/PHONE XFR OUT TO ACC <br> ████ 8022 DATE: 09-26-19 TIME: 17:58:02 | 115,000.00 | | 26,157.13 |
| 09/23/2019 | | ONLINE/PHONE XFR IN FR ACC ████ 8022 <br> DATE: 09-22-19 TIME: 04:44:05 | | 44,000.00 | 141,157.13 |
| 09/09/2019 | | INTEREST | | 31.48 | 97,157.13 |

# REGULAR SHARE SAVINGS

Last Updated: 10/7/2019 9:07 PM

Current Balance
**$1,522.38**

| Date | Description | Amount |
|------|-------------|--------|
| SEP 30 2019 | Dividend<br>Interest Income | + $0.23<br>$1,522.38 |
| SEP 27 2019 | Transfer<br>Transfer | − $1,505.00<br>$1,522.15 |

In re  Rick Alan Davidson                          Case No.  19-11486
_____
       Debtor                               Reporting Period:  9-30-19

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| **Total Cash Disbursements** | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      | SEE ATTACHED |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
|      |              |   |   |   |
| **Total Bank Account Disbursements** | | | | |

| **Total Disbursements for the Month** | |
|----------------------------------------|--|

Rick Alan Davidson
Case #19-11486
Reporting Period 9/30/19
Bank Account Disbursements

| DATE | PAYEE | PURPOSE | AMOUNT | CHECK # |
|---|---|---|---|---|
| 9/3/2019 | Note Payment | Mortgage | 10,986.00 | |
| 9/3/2019 | Lobster Shack | Food | 75.67 | |
| 9/3/2019 | BRW JR Foundation | Charity | 1,000.00 | |
| 9/3/2019 | ATM | Household | 800.00 | |
| 9/3/2019 | ATM Surcharge | Bank Fees | 8.00 | |
| 9/3/2019 | Seamless | Food | 75.33 | |
| 9/3/2019 | Beach Gol | Food | 37.45 | |
| 9/3/2019 | Azabu | Food | 209.55 | |
| 9/3/2019 | Stockearnings.com | Business Subscriptions | 244.00 | |
| 9/3/2019 | The Patio | Food | 29.86 | |
| 9/3/2019 | ATM | Household | 800.00 | |
| 9/3/2019 | ATM Surcharge | Bank Fees | 8.00 | |
| 9/3/2019 | Microsoft Redmond | Household | 3.99 | |
| 9/3/2019 | Microsoft Redmond | Household | 4.99 | |
| 9/3/2019 | Microsoft Redmond | Household | 14.99 | |
| 9/3/2019 | Bloomberg.com | Business Subscriptions | 385.00 | |
| 9/3/2019 | Beach Gol | Food | 80.25 | |
| 9/3/2019 | Check - ALG Health Insurance | Insurance | 1,918.00 | 1097 |
| 9/3/2019 | Check - Nancy Stearns | Household | 381.00 | 1098 |
| 9/4/2019 | Maxim Cover Girl | Household | 300.00 | |
| 9/4/2019 | The Patio | Food | 59.53 | |
| 9/4/2019 | Check - Repairs | Repairs and Maintenance | 700.00 | 1095 |
| 9/5/2019 | The Patio | Food | 59.53 | |
| 9/5/2019 | BMW Financial | Lease | 363.08 | |
| 9/6/2019 | The Patio | Food | 59.53 | |
| 9/6/2019 | Check - Range Rover | Lease | 927.57 | 4783968 |
| 9/9/2019 | Lucky's Famous Burgers | Food | (0.31) | |
| 9/9/2019 | Lo Los Surf Cantina | Food | 103.82 | |
| 9/9/2019 | The Patio | Food | 56.53 | |
| 9/9/2019 | Lyft | Travel & Ent | 9.31 | |
| 9/9/2019 | Smith & Wollens | Food | 74.00 | |
| 9/9/2019 | Seamless | Food | 76.91 | |
| 9/9/2019 | Bank Fees | Bank Fees | 2.40 | |
| 9/9/2019 | Bank Fees | Bank Fees | (2.40) | |
| 9/9/2019 | Wifi Booster | Household | 79.90 | |
| 9/9/2019 | IFC Islamorada | Food | 85.79 | |
| 9/9/2019 | Bass Pro Store | Household | 112.22 | |
| 9/9/2019 | Lyft | Travel & Ent | 8.70 | |
| 9/9/2019 | ATM | Household | 400.00 | |
| 9/9/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/9/2019 | Electric Payment | Utilities | 224.21 | |
| 9/10/2019 | Cheeca Lodge | Travel & Ent | 878.42 | |
| 9/10/2019 | Cheeca Lodge | Travel & Ent | 135.98 | |
| 9/10/2019 | Lyft | Travel & Ent | 5.66 | |
| 9/10/2019 | The Patio | Food | 59.53 | |
| 9/10/2019 | ATM | Household | 400.00 | |
| 9/10/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/11/2019 | Seamless | Food | 35.19 | |

| Date | Description | Category | Amount | Check # |
|---|---|---|---|---|
| 9/11/2019 | Priceline | Travel & Ent | 497.97 | |
| 9/11/2019 | Brazilian Mobil | Travel & Ent | 978.16 | |
| 9/11/2019 | ATM | Household | 200.00 | |
| 9/11/2019 | ATM Surcharge | Bank Fees | 3.75 | |
| 9/11/2019 | ATM | Household | 200.00 | |
| 9/11/2019 | ATM Surcharge | Bank Fees | 3.75 | |
| 9/12/2019 | Lobster Shack | Food | 44.41 | |
| 9/12/2019 | Netflix | Travel & Ent | 14.04 | |
| 9/12/2019 | ATM | Household | 400.00 | |
| 9/12/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/12/2019 | ATM | Household | 400.00 | |
| 9/12/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/13/2019 | Marriot | Travel & Ent | 507.91 | |
| 9/13/2019 | Joes Stone Crab | Food | 68.36 | |
| 9/13/2019 | Call Me Gaby | Food | 63.87 | |
| 9/13/2019 | Smith & Wollens | Food | 50.60 | |
| 9/13/2019 | DIRECTV | Travel & Ent | 74.93 | |
| 9/13/2019 | Check - Repairs | Repairs and Maintenance | 4,500.00 | 1065 |
| 9/13/2019 | Check - Repairs | Repairs and Maintenance | 300.00 | 1067 |
| 9/16/2019 | ATM | Household | 400.00 | |
| 9/16/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/16/2019 | NewYorkLife | Insurance | 208.25 | |
| 9/16/2019 | Guardian Berkshire Ins Prem | Insurance | 169.01 | |
| 9/16/2019 | Check - Repairs | Repairs and Maintenance | 409.00 | 1038 |
| 9/16/2019 | Check - Painter | Repairs and Maintenance | 3,764.00 | 1042 |
| 9/17/2019 | Check - Jermaine | Household | 487.00 | 1034 |
| 9/17/2019 | Check - Consultant | Business Subscriptions | 2,110.00 | 1070 |
| 9/18/2019 | Lobster Shack | Food | 35.04 | |
| 9/18/2019 | LoLos Surf Cantina | Food | 195.26 | |
| 9/18/2019 | ATM | Household | 400.00 | |
| 9/18/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/18/2019 | Check - Misc | Household | 415.00 | 1075 |
| 9/19/2019 | Colonial Penn Life Insurance | Insurance | 285.75 | |
| 9/19/2019 | Check - Spreadsheets | Business Subscriptions | 700.00 | 1063 |
| 9/20/2019 | The Betsy Hotel | Travel & Ent | 307.03 | |
| 9/20/2019 | ATM | Household | 400.00 | |
| 9/20/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/23/2019 | Transfer to Acct 8406 | Transfer | 44,000.00 | |
| 9/23/2019 | Lobster Shack | Food | 95.10 | |
| 9/23/2019 | Lobster Shack | Food | 61.12 | |
| 9/23/2019 | Lyft | Travel & Ent | 14.97 | |
| 9/23/2019 | Lyft | Travel & Ent | 48.28 | |
| 9/23/2019 | Lyft | Travel & Ent | 5.00 | |
| 9/23/2019 | Big Pink Restaurant | Food | 26.11 | |
| 9/23/2019 | Delano Gift Shop | Household | 74.90 | |
| 9/23/2019 | Lyft | Travel & Ent | 16.72 | |
| 9/23/2019 | Gianni's | Food | 97.48 | |
| 9/23/2019 | Portofino | Food | 107.83 | |
| 9/23/2019 | Miami Beach Bic | Household | 42.79 | |
| 9/23/2019 | Lyft | Travel & Ent | 57.30 | |
| 9/23/2019 | ATM | Household | 400.00 | |
| 9/23/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/23/2019 | Beach Gol | Food | 80.25 | |

| Date | Description | Category | Amount | Check # |
|---|---|---|---|---|
| 9/23/2019 | Check - Repairs | Repairs and Maintenance | 700.00 | 1040 |
| 9/23/2019 | Check - Painter | Repairs and Maintenance | 3,473.00 | 3473 |
| 9/24/2019 | Lobster Shack | Food | 26.75 | |
| 9/24/2019 | Beach Gol | Food | 37.45 | |
| 9/24/2019 | Check - Lincoln Life Insurance | Insurance | 733.40 | 1062 |
| 9/25/2019 | Lobster Shack | Food | 38.53 | |
| 9/25/2019 | ATM | Household | 400.00 | |
| 9/25/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/25/2019 | Check - Handyman | Repairs and Maintenance | 400.00 | 1046 |
| 9/25/2019 | Check - North American Life | Insurance | 1,138.38 | 1071 |
| 9/26/2019 | Salt Restaurant | Food | 62.23 | |
| 9/26/2019 | Stockstotrade | Business Subscriptions | 7.00 | |
| 9/26/2019 | Check | See Nancy's Tab | 4,100.00 | 1049 |
| 9/27/2019 | LoLos Surf Cantina | Food | 120.65 | |
| 9/27/2019 | ATM | Household | 400.00 | |
| 9/27/2019 | ATM Surcharge | Bank Fees | 4.00 | |
| 9/30/2019 | Prime Italian | Food | 269.23 | |
| 9/30/2019 | The Patio | Food | 78.58 | |
| 9/30/2019 | Miami Beach Del | Food | 44.39 | |
| 9/30/2019 | Publix Via Instacart - grocery | Food | 219.59 | |
| 9/30/2019 | 1 Hotel South B | Travel & Ent | 459.91 | |
| 9/30/2019 | Lyft | Travel & Ent | 42.30 | |
| 9/30/2019 | United | Travel & Ent | 266.60 | |
| 9/30/2019 | CVS | Household | 51.50 | |
| 9/30/2019 | Priceline | Travel & Ent | 153.97 | |
| 9/30/2019 | Linensandhutch | Household | 208.65 | |
| 9/30/2019 | Itunes | Household | 4.99 | |
| 9/30/2019 | CLKBank | Household | 162.90 | |
| 9/30/2019 | Amara at Paraiso | Food | 33.08 | |
| 9/30/2019 | Amara at Paraiso | Food | 325.68 | |
| 9/30/2019 | Lyft | Travel & Ent | 24.31 | |
| 9/30/2019 | Lyft | Travel & Ent | 22.79 | |
| 9/30/2019 | Itunes | Household | 2.99 | |
| 9/30/2019 | Smith & Wollens | Food | 178.24 | |
| 9/30/2019 | Marketbeat.com | Business Subscriptions | 399.00 | |
| 9/30/2019 | Verizon | Utilities | 205.87 | |
| 9/30/2019 | The Patio | Food | 49.53 | |
| 9/30/2019 | Smith & Wollens | Food | 43.16 | |
| 9/30/2019 | The Royal Palm | Food | 181.63 | |
| 9/30/2019 | Optimum | Utilities | 191.22 | |
| 9/30/2019 | Check - Housekeeper | Household | 300.00 | 1044 |
| 9/30/2019 | Check - Pool Guy | Repairs and Maintenance | 1,445.00 | 1050 |
| **Total** | | | **103,040.62** | |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | $1,500,000.00 | $1,500,000.00 |
| *TOTAL REAL PROPERTY ASSETS* | $1,500,000.00 | $1,500,000.00 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | $180,691.92 | $7,049.43 |
| Security Deposits | 21,000.00 | 21,000.00 |
| Household Goods & Furnishings | 5,000.00 | 5,000.00 |
| Books, Pictures, Art | 5,000.00 | 5,000.00 |
| Wearing Apparel | 4,000.00 | 4,000.00 |
| Furs and Jewelry | 8,000.00 | 8,000.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 190,000.00 | 135,000.00 |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | 2,400.00 | 2,400.00 |
| Accounts Receivable | 130,000.00 | 130,000.00 |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| *TOTAL PERSONAL PROPERTY* | $546,091.92 | $317,449.43 |
| *TOTAL ASSETS* | $2,046,091.92 | $1,817,449.43 |

\* Assets do not include debtor's claim against Jefferies and Epstein, which claims are in an undetermined amount.

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpention)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | $2,269,000.00 | $2,269,000.00 |
| Priority Debt | 1,113,340.00 | 1,113,340.00 |
| Unsecured Debt | 6,137,153.39 | 6,137,153.39 |
| *TOTAL PRE-PETITION LIABILITIES* | 9,519,493.39 | 9,519,493.39 |
| *TOTAL LIABILITIES* | $9,519,493.39 | $9,519,493.39 |

# SUMMARY OF UNPAID POST-PETITION DEBTS

In re   Rick Alan Davidson
    Debtor

Case No.   19-11486
Reporting Period:   9-30-19

|  | Current | Number of Days Past Due | | | | Total |
|  |  | 0-30 | 31-60 | 61-90 | Over 91 |  |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt (list creditor) |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Total Post-petition Debts** |  |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

In re  Rick Alan Davidson                          Case No. 19-11486
       Debtor                              Reporting Period: 9-30-19

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re  Rick Alan Davidson                          Case No.  19-11486
       Debtor                               Reporting Period:  9-30-19

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. lithe answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post-petition State or Federal income taxes past due? | | X |
| 7 | Are any post-petition real estate taxes past due? | | X |
| 8 | Are any other post-petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post-petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |