**NORRIS McLAUGHLIN, P.A.**
Melissa A. Pena, Esq.
7 Times Square, 21st Fl.
New York, NY 10036
212-808-0700 (Tel.)
212-808-0844 (Fax)
mapena@norris-law.com

and

**NORRIS McLAUGHLIN, P.A**.
Bruce J. Wisotsky, Esq
400 Crossing Boulevard, 8th Fl.
Bridgewater, NJ 08807
908-722-0700 (Tel.)
908-772-0755 (Fax)
bjwisotsky@norris-law.com
*Former Attorneys for Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
|     RICK ALAN DAVIDSON, | Case No. 19-11486 (DSJ) |
|                     Debtor. | Honorable David S. Jones |

----------------------------------------------------------------X

### ORDER GRANTING FIRST AND FINAL ALLOWANCES OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO NORRIS, McLAUGHLIN, P.A.

Upon the annexed application (the "Application") of Norris McLaughlin, P.A., former counsel to Rick Alan Davidson, as Debtor and Debtor-in-Possession (the "Debtor"), for an order granting first and final allowances of compensation for services rendered and reimbursement of expenses; and a hearing having been held before this Court to consider the Application; and good

and proper notice of the hearing having been provided; and due consideration having been given to the Application and any responses thereto; and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Application is granted.

2. Norris McLaughlin, P.A. former counsel to Rick Alan Davidson, as Debtor and Debtor-in-Possession (the "Debtor"), is hereby granted first and final allowances for services rendered in the sum of $177,092.50 and reimbursement of expenses in the sum of $3080.50.

3. Norris McLaughlin, P.A. may apply the retainer paid by the Debtor in the amount of $28,236.50 toward the award of allowances.

4. Payment of the remaining allowances awarded to Norris McLaughlin, P.A. shall be subject to a determination by the Chapter 7 Trustee appointed in this case as to the availability of funds to make further payment of the allowances awarded herein or a further order of this Court.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
Honorable David S. Jones
United States Bankruptcy Judge

Dated: New York, New York
 July \_\_\_, 2021