UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                    Chapter 7

RICK ALAN DAVIDSON,                                                      Case No.: 19-11486 (DSJ)

        Debtor.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                               ss:
COUNTY OF NASSAU    )

**DENISE BISAGNI**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

On February 14, 2024, deponent served **ECF No. 160,** FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND THE REIMBURSEMENT OF EXPENSES FOR NAGEL RICE, LLP AS SPECIAL LITIGATION COUNSEL FOR THE TRUSTEE, by Electronic Mail or by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO:    *See Service List Attached*

                                                *s/ Denise Bisagni*
                                                Denise Bisagni

Sworn to before me this 14th day of February 2024

*s/ Nina Proctor*
Nina Proctor
Notary Public, State of New York
No. 02PR6426394
Qualified in Nassau County
Commission Expires December 13, 2025

## SERVICE LIST

RICK ALAN DAVIDSON
50 South Pointe Drive 706
Miami Beach, FL 33139
*Debtor*

RICK ALAN DAVIDSON
39 Tyndall Road
Sag Harbor, NY 11963
*Debtor*

RICK ALAN DAVIDSON
151 West 21st Street, Apt. 6E
New York, NY 10011
*Debtor*

Yann Geron, Esq.
**GERON LEGAL ADVISORS, LLC**
ygeron@geronlegaladvisors.com
*Attorneys for the Debtor*

Catherine L. Corey, Esq.
**NORRIS MCLAUGHLIN, P.A.**
clcorey@nmmlaw.com
*Attorneys for the Debtor*

Melissa A. Pena, Esq.
**NORRIS MCLAUGHLIN, P.A.**
*Attorneys for the Debtor*
mapena@norris-law.com

Bruce J. Wisotsky, Esq.
**Norris McLaughlin, P.A.**
*Attorneys for the Debtor*
bwisotsky@nmmlaw.com

Andrea B. Schwartz, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
Alexander Hamilton Custom House
One Bowling Green, Suite 534
New York, NY 10004-1408

*Courtesy copy to:* Salvatore LaMonica, as Trustee

**Notices of Appearance:**

Phillip Raymond, Esq.
**MCCALLA RAYMER LEIBERT PIERCE, LLC**
*Attorneys for M&T Bank*
NY_ECF_Notices@McCalla.com

Cara M. Goldstein, Esq.
**TERENZI & CONFUSIONE, P.C.**
*Attorneys for Suffolk Federal Credit Union*
cgoldstein@tcpclaw.com

Brett Van Benthysen, Esq.
**REITLER KAILAS & ROSENBLATT LLC**
*Former Attorneys for Rick Alan Davidson*
bvanbenthysen@reitlerlaw.com

Scott J. Goldstein, Esq.
**LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC**
280 West Main Street
Denville, NJ 07834
*Attorney for Donna Karasic Davidson*

Jane W. Arnone, Esq.
**BENANTI & ASSOCIATES**
*Attorney for People's Bank, National Association*
jarnone@benantilaw.com

Jenelle C. Arnold, Esq.
**ALDRIDGE PITE, LLP**
*Attorney for JPMorgan Chase Bank, N.A.*
jarnold@aldridgepite.com

Alan J. Brody, Esq.
**GREENBERG TRAURIG, LLP**
*Attorney for Jeffries LLC*
brodya@gtlaw.com

*Claimants:*

Robert Kraus, Esq.
Kraus & Zuchlewski LLP
rk@kzlaw.net

OFFICE OF THE UNITED STATES TRUSTEE
201 Varick Street, Suite 1006
New York, NY 10014

Department of the Treasury
INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101-7346

NYS DEPARTMENT OF TAXATION & FINANCE
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY 12205-5300

JP Morgan Chase Bank, N.A.
National Bankruptcy Department
PO Box 29505 AZ-5757
Phoenix, AZ 85038-9505

American Express National Bank
c/o BECKET AND LEE LLP
proofofclaim@becket-lee.com

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

Jefferies LLC and Jefferies Group LLC
c/o GREENBERG TRAURIG, LLP
Attn: Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, NJ 07932

People's United Bank, N.A.
PO Box 820
Burlington, VT 05402-0820

Donna Karasic Davidson
227 Cedar Avenue
Allenhurst, NJ 07711-1105

Lisa Confusione, Esq.
Terenzi Confusione, P.C.
LConfusione@TCPClaw.com
*Attorneys for Suffolk Federal Credit Union*

Suffolk Federal Credit Union
nguerrero@suffolkfcu.org

Citibank, N.A.
Recovery.Bankruptcy@citi.com

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
ChasePOCNotification@rasflaw.com

Melissa A. Pena, Esq.
NORRIS MCLAUGHLIN, P.A.
mapena@norris-law.com

American Express National Bank
c/o Arnall Golden Gregory LLP
Attn: Darryl Laddin, Esq.
darryl.laddin@agg.com

*All Known Creditors & Applicable Taxing Authorities:*

A.V. and V. Osetrova
c/o MARK ZBOROVSKY
50 South Pointe Dr., Apt 9033
Miami Beach, FL 33139-4767

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019

Citibank
P.O. Box 9001037
Louisville, KY 40290-1037

Jefferies Group LLC
520 Madison Avenue|
New York, NY 10022-4344

JPMorgan Chase Bank N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Landrover Financial Group
c/o CHASE
P.O. Box 78074
Phoenix, AZ 85062-8074

Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068-1031

Nancy Stearns
39 Tyndall Road
Sag Harbor, NY 11963-1317

National Securities Corp.
200 Vesey Street, 25th Floor
New York, NY 10281-1025

PNC
P.O. BOX 3180
Pittsburgh, PA 15230-3180

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

John Cahill, Esq.
Regional Council for NY/NJ
U.S. Dept. of Housing & Urban Development
26 Federal Plaza, Room 3500
New York, NY 10278

NYC Department of Finance
66 John Street
2nd Floor, Room 104
New York, NY 10038

UNEMPLOYMENT INSURANCE DIVISION
NYS Department of Labor
PO Box 1195
Albany, NY 12201

Parking Violations Bureau
loewenbergerj@finance.nyc.gov
bestj@finance.nyc.gov

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
Roberts.Robert@epa.gov

U.S. Dept. of Health & Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Securities & Exchange Commission
New York Regional Office
NYROBankruptcy@SEC.GOV

United States' Attorney's Office
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007