UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                             Chapter 7

RICK ALAN DAVIDSON,                                     Case No.: 19-11486 (DSJ)

         Debtor.
----------------------------------------------------------x

**ORDER GRANTING THE FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND THE REIMBURSEMENT OF EXPENSES FOR NAGEL RICE, LLP AS SPECIAL LITIGATION COUNSEL FOR THE TRUSTEE AND AUTHORIZING THE TRUSTEE TO PAY LIENS AGAINST THE SETTLEMENT PROCEEDS**

Upon consideration of the application ("Application") (ECF No. 160) of Nagel Rice, LLP ("Nagel Rice" or "Special Counsel"), as Special Litigation Counsel to Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the bankruptcy estate ("Estate") of Rick Alan Davidson ("Debtor"), seeking the entry of an Order: (i) authorizing and approving allowance of compensation for services rendered as Special Counsel of fees in the amount of $49,251.57 ("Fees"), and reimbursement for disbursements in the amount of $2,245.28 ("Expenses"), for a total award of $51,496.85 to Nagel Rice; (ii) authorizing the Trustee to pay Nagel Rice any such fees awarded; (iii) authorizing the Trustee to pay certain healthcare liens against the Settlement Sum in the total amount of $2,487.98 to Conduent Payment Integrity Solutions on behalf of Cigna Medical ("Conduent Payment"); and (iv) granting such other and further relief as this Court may deem just and proper; and upon the Declaration of Michael J. Paragano, Esq., annexed to the Application (ECF No. 160); and upon the Application having been served on all necessary parties with an affidavit of service having been electronically filed with the Court (ECF No. 161); and upon the Application having been served on the United States Trustee with an affidavit of service having been electronically filed with the Court (ECF No. 161); and upon no objections to the relief requested in the Application having been filed; and upon the telephonic hearing having been held before the Court on March 14, 2024 ("Hearing"), the record of which is incorporated herein by

reference and no additional notice of hearing being required; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due consideration having been given and sufficient cause having been shown therefor, it is hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that, in accordance with 11 U.S.C. § 330, from the Settlement Sum, Nagel Rice is awarded the sum of $49,251.57 for payment of its services as Special Counsel to the Trustee, plus the sum of $2,245.28 for reimbursement of out-of-pocket expenses, for a total award of $51,496.85; and it is further

**ORDERED**, that, subject to and after this Order becomes final and non-appealable pursuant to Bankruptcy Rule 8002 and the Settlement Sum clears the Trustee's account maintained on behalf of the Debtor's estate, the Trustee is authorized to pay the Lien in the sum of $2,487.98 to Conduent Payment Integrity Solutions on behalf of Cigna Medical; and it is further

**ORDERED** that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order; and, it is further

**ORDERED** that this Court shall retain ~~exclusive~~ jurisdiction over the terms, conditions, interpretations, implementations and any and all disputes relating to this Order. **[DSJ 3/15/24]**

Dated: New York, New York
       March 15, 2024

                                                  *s/ David S. Jones*
                                            HONORABLE DAVID S. JONES
                                            UNITED STATES BANKRUPTCY JUDGE

Case No.: 19-11486 (DSJ)
Case Name: Rick Alan Davidson

**CURRENT INTERIM FEE PERIOD**
January 10, 2019 through February 12, 2024

Schedule A

| (1) Applicant | (2) Date / Document Number of Application | (3) Final Fees or Commissions Requested on Application | (4) Fees / Commission Allowed | (5) Fees / Commission to be Paid for Current Fee Period | (6) Fees / Commissions to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees / Commission to be Paid | (8) Final Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Nagel Rice, LLP<br><br>*Special Litigation Counsel to the Chapter 7 Trustee* | 2/13/24<br><br>ECF No. 160 | $49,251.57 | $49,251.57 | $49,251.57 | $0.00 | $49,251.57 | $2,245.28 | $2,245.28 |

Dated: March 15, 2024                    Initials: *DSJ*, USBJ

Case No.: 19-11486 (DSJ)
Case Name: Rick Alan Davidson

**FINAL FEE APPLICATION TOTALS**          Schedule B
January 10, 2019 through February 12, 2024

| (1) Applicant | (2) Total Fees / Commissions Requested | (3) Total Fees / Commissions Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Nagel Rice. LLP<br><br>*Special Litigation Counsel to the Chapter 7 Trustee* | $49,251.57 | $49,251.57 | $2,245.28 | $2,245.28 |

Dated: March 15, 2024          Initials: *DSJ*, USBJ